# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-22128-UU

WOOD MOUNTAIN FISH, LLC,

    Plaintiff,

v.

MOWI ASA, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing. D.E. 10.

THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Motion (D.E. 10) is GRANTED. Heidi M. Siton may appear and participate in this action on behalf of Plaintiff Wood Mountain Fish, LLC. The Clerk shall provide electronic notification of all electronic filings to Heidi M. Siton at hmsilton@locklaw.com.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th__ day of June, 2019.

                                                    _____
                                                  UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf