# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-22128-UU

WOOD MOUNTAIN FISH, LLC,

    Plaintiff,

v.

MOWI ASA, *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Motion for an Order Appointing Wolf Haldenstein Adler Freeman & Herz LLP as Interim Class Counsel.  D.E. 9.

THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises.

On May 31, 2019, Plaintiff's counsel filed a motion for appointment of interim class counsel for the indirect purchaser class.  To date, no party has voiced any objection to the notion that interim class counsel should be appointed here.  The appointment of interim class counsel is authorized by Rule 23(g)(2) of the Federal Rules of Civil Procedure.  Further, pursuant to Rule 23(g)(3), the Court may designate interim counsel to act on behalf of a putative class before determining class certification.  Here, the Court is satisfied that the proposed interim class counsel, Wolf Haldenstein Adler Freeman & Herz LLP, has done work in identifying or investigating potential claims in this action, has experience in handling class actions, other complex litigation, and types of claims asserted in the action, has knowledge of the applicable law, and will commit

the resources necessary to represent the class. *See* Fed. R. Civ. P. 23(g)(1)(C). Accordingly, it is hereby

ORDERED AND ADJUDGED that Motion (D.E. 9) is GRANTED. Wolf Haldenstein Adler Freeman & Herz LLP (Fred T. Isquith) is appointed Interim Class Counsel for the Indirect Purchaser Class.

DONE AND ORDERED in Chambers at Miami, Florida, this _20th_ day of June, 2019.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf