# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| WOOD MOUNTAIN FISH LLC,<br><br>               Plaintiff,<br><br>  v.<br><br>Mowi ASA (fka Marine Harvest ASA), Marine Harvest USA, LLC, Marine Harvest Canada, Inc., Ducktrap River of Maine LLC, Grieg Seafood ASA, Grieg Seafood BC Ltd., Bremnes Seashore AS, Ocean Quality AS, Ocean Quality North America Inc., Ocean Quality USA Inc., Ocean Quality Premium Brands, Inc., SalMar ASA, Leroy Seafood Group ASA, Leroy Seafood USA Inc., and Scottish Sea Farms Ltd.,<br><br>               Defendants. | **CASE NO. 1:19-CV-22128-UU**<br><br>**MOTION FOR AN ORDER MODIFYING LEADERSHIP TO ADD LOCKRIDGE GRINDAL NAUEN P.L.L.P. AS INTERIM CO-LEAD CLASS COUNSEL** |

PLEASE TAKE NOTICE that upon the attached declaration of Counsel for Plaintiff Wood Mountain Fish LLC, dated January 10, 2020 and upon the accompanying memorandum of points and authorities of support herein, Plaintiff, by Counsel, will hereby move this Court, on a date and at such a time as may be designated by the Court, for an Order granting Plaintiff's Motion for an Order Modifying Leadership to Add Lockridge Grindal Nauen P.L.L.P. as Interim Co-Lead Class Counsel.

DATED: January 10, 2020

Respectfully submitted,

| | |
|---|---|
| **SHEPHERD FINKELMAN MILLER & SHAH, LLP** | **PRITZKER LEVINE LLP** |

*/s/ Jayne A. Goldstein*
Jayne A. Goldstein
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Tel: 954-515-0123
Fax: 866-300-7367
Email: jgoldstein@sfmslaw.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

Fred Taylor Isquith
Thomas H. Burt
Veronica Bosco
270 Madison Avenue
New York, New York 10016
Tel: 212-545-4600
Fax: 212-545-4653
isquith@whafh.com
burt@whafh.com
bosco@whafh.com

Elizabeth C. Pritzker
180 Grand Avenue, Suite 1390
Oakland, CA
Tel: 415-692-0772
Fax: 415-366-6110
ecp@pritzkerlevine.com

**VITA LAW OFFICES P.C.**

Richard J. Vita
100 State Street, Suite 900
Boston, MA 02109
Tel: 617-426-6566
Email: rjv@vitalaw.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

Heidi M. Silton
Elizabeth R. Odette
Maureen K. Berg
100 Washington Av. S., Suite 2200
Minneapolis, MN 55401-2159
Tel: 612-596-4092
Email: hmsilton@locklaw.com
        erodette@locklaw.com
        mkberg@locklaw.com