UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| WOOD MOUNTAIN FISH LLC,<br><br>                    Plaintiff,<br><br>   v.<br><br>Mowi ASA (fka Marine Harvest ASA), Marine Harvest USA, LLC (fka Marine Harvest USA, LLC), Marine Harvest Canada, Inc., Mowi Ducktrap, LLC (fka Ducktrap River of Maine LLC), Grieg Seafood ASA, Grieg Seafood BC Ltd., Ocean Quality AS, Ocean Quality North America Inc., Ocean Quality USA Inc., Ocean Quality Premium Brands, Inc., SalMar ASA, Leroy Seafood Group ASA, Leroy Seafood USA Inc., and Scottish Sea Farms Ltd.,<br><br>                    Defendants. | **CASE NO. 1:19-CV-22128-RS**<br><br><br>**DECLARATION OF HEIDI M. SILTON IN SUPPORT OF MOTION FOR AN ORDER MODIFYING LEADERSHIP TO ADD LOCKRIDGE GRINDAL NAUEN P.L.L.P. AS INTERIM CO-LEAD CLASS COUNSEL** |

I, Heidi M. Silton, hereby declare as follows:

1. I am a partner of the law firm Lockridge Grindal Nauen P.L.L.P. ("LGN"). I am a member in good standing of the Bar of the State of Minnesota and have been admitted to appear *pro hac vice* before this Court [ECF 15]. I am counsel of record for Plaintiff Wood Mountain Fish LLC in the above-captioned matter.

2. I submit this Declaration in support of the accompanying Motion for an Order Modifying Leadership to Add Lockridge Grindal Nauen, P.L.L.P. as Interim Co-Lead Class Counsel for the Indirect Purchaser Class. I have personal knowledge of the facts in this declaration and could competently testify to them if called as a witness.

3. I am committed to prosecuting this case. LGN worked closely with Wolf Haldenstein both in undertaking the investigation in this action, which began shortly after news of the European Commission investigative raids circulated in the media, and in crafting the complaint filed on May 24, 2019 [ECF 1]. Since the filing of the complaint, LGN has continued to work with Wolf Haldenstein on additional investigations into the facts of Defendants' conduct in preparation for the filing of an amended complaint. If the Court appoints my firm as co-lead counsel in this litigation, I will devote myself personally to its leadership.

4. LGN specializes in antitrust litigation. For over forty years, we have prosecuted antitrust cases on behalf of large and small business injured by price-fixing, bid-rigging and other violations of the antitrust laws. We also practice in securities, environmental, employment, health care, commercial, intellectual property, and other business law and litigation. We have particular experience in complex litigation, including federal multidistrict litigation. Our attorneys are skilled in pursuing and managing large complicated cases efficiently and cost-effectively. From this solid foundation, we regularly produce positive results for our clients and class members. In

the last ten years alone, antitrust cases in which LGN played a significant role have recovered more than $2 billion.

5. My firm's resume, which summarizes the experience of the attorneys in my firm was filed previously in this litigation and can be found at Exhibit F to the Declaration of Fred T. Isquith in Support of a Motion for an Order Appointing Wolf Haldenstein Adler Freeman & Herz LLP as Interim Class Counsel [ECF No. 9-8].

6. LGN and I served in leadership positions in the following cases, among others: *In re Monosodium Glutamate Antitrust Litig.*, MDL-001328 (D. Minn.) (co-lead counsel, conducted critical discovery and negotiated settlements that ultimately recovered $123 million); *In re Potash Antitrust Litig. (II)*, MDL No. 1996 (N.D. Ill.) (substantial discovery and settlement work resulting in a settlement of $90 million); *Precision Assocs., Inc. v. Panalpina World Transp. (Holding) Ltd.*, 1:08-cv-00042 (E.D.N.Y.) (one of four co-lead firms, resolving 11 conspiracy claims against 68 defendants and recovering more than $400 million); *In re Urethane Antitrust Litig.*, 04-MD-1616 (D. Kan.) (one of four co-lead firms, recovering $33 million for the class); *In re Generic Pharmaceuticals Pricing Antitrust Litig.*, 2:16-md-02724-CMR (E.D. Pa) (member of the Plaintiffs' Steering Committee for the end-payor class plaintiffs); *Staley, et al. v. Gilead Sciences, Inc.*, Case No. 19-cv-02573-EMC (N.D. Ca.) (member of the executive committee for the end-payor class plaintiffs).

7. I am currently working closely with Wolf Haldenstein Adler Freeman & Herz LLP on a number of antitrust matters representing indirect purchasers. *See, e.g.*, *In re Packaged Seafood Products Antitrust Litig.*, MDL No. 2670-JLS (S.D. Cal.) (antitrust class action alleging price-fixing in the packaged tuna industry); *Enginuity v. Viega LLC*, Case No. 1:19-cv-00159-

CCC (M.D. Penn) (and coordinated cases) (antitrust class action alleging anticompetitive activity in the copper press fitting and carbon steel press fitting markets).

8. I also currently serve as a member of the Plaintiffs' Steering Committee in *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, 16-md-2724 (representing a class of end payer purchasers of certain generic prescription drugs) and as a member of the executive committee in *Staley, et al. v. Gilead Sciences, Inc.*, Case No. 19-cv-02573-EMC (N.D. Ca.) (representing a class of end-payor plaintiffs in a case involving antiretroviral (HIV) drugs).

9. I have conducted domestic and international witness interviews, attorney proffers, and depositions. I have shepherded class representatives through all aspects of discovery, including class representatives' data collection and review. I also have worked closely with experts, briefed many discovery and dispositive motions, and have been involved in numerous settlement negotiations.

10. My firm's background and my own experience, as well as our efforts to investigate and develop the allegations contained in our complaints, and our clients' stakes in this litigation give us a solid foundation by which we can prosecute this case efficiently and expeditiously.

11. My firm has demonstrated our willingness to devote substantial resources to the effective prosecution of litigation such as this. If the Court selects our firm as co-lead counsel, we will bring the same resources and commitment to ensure the successful prosecution of this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 10, 2020, at Minneapolis, Minnesota.

*/s/* Heidi M. Silton