UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| WOOD MOUNTAIN FISH LLC,<br><br>                      Plaintiff,<br><br>    v.<br><br>Mowi ASA (fka Marine Harvest ASA), Marine Harvest USA, LLC (fka Marine Harvest USA, LLC), Marine Harvest Canada, Inc., Mowi Ducktrap, LLC (fka Ducktrap River of Maine LLC), Grieg Seafood ASA, Grieg Seafood BC Ltd., Ocean Quality AS, Ocean Quality North America Inc., Ocean Quality USA Inc., Ocean Quality Premium Brands, Inc., SalMar ASA, Leroy Seafood Group ASA, Leroy Seafood USA Inc., and Scottish Sea Farms Ltd.,<br><br>                      Defendants. | **CASE NO. 1:19-CV-22128-RS**<br><br>**[PROPOSED] ORDER MODIFYING LEADERSHIP TO ADD LOCKRIDGE GRINDAL NAUEN P.L.L.P. AS INTERIM CO-LEAD CLASS COUNSEL** |

THIS CAUSE came before the Court on Movant, Wood Mountain Fish LLC's Motion for an Order Modifying Leadership to Add Lockridge Grindal Nauen P.L.L.P. as Interim Co-Lead Counsel for the Indirect Purchaser Class ("motion").

The Court after having reviewed the motion, it is hereby:

ORDERED that Lockridge Grindal Nauen P.L.L.P. is appointed Interim Co-Lead Class Counsel for the Indirect Purchaser Class.

DONE AND ORDERED this ___ day of January, 2020.

                                                                                                                                   _____
                                                                                                                                   Honorable Judge Rodney Smith
                                                                                                                                   U.S. District Judge