**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.


*/s/ Jayne A. Goldstein*_____
Jayne A. Goldstein