UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Wood Mountain Fish LLC

      Plaintiff,

v.                                          Case No.: 1:19-cv-22128-RS

Mowi, ASA, et al.,

      Defendants.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Daniel C. Hedlund of the law firm Gustafson Gluek PLLC, 120 South Sixth Street, Suite 2600, Minneapolis, MN 55402, telephone (612) 333-8844, for purposes of appearance as co-counsel on behalf of Portland Hunt-Alpine Club, LLC and Prime Steakhouse in the above-styled case and related case, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Daniel C. Hedlund to receive electronic filings in this case, and in support thereof states as follows:

      1.      Daniel C. Hedlund is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Minnesota, the State of Minnesota Supreme Court, the U.S. District Courts for Minnesota and Eastern District of Michigan, and the Eight Circuit Court of Appeals.

      2.      Movant, Samuel J. Dubbin of the law firm of Dubbin & Kravetz, LLP, 1200 Anastasia Avenue, Suite 300, Coral Gables, Florida 33134, telephone (305) 357-9004, is a member in good standing of The Florida Bar and the United States District Court for the

Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Daniel C. Hedlund has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Daniel C. Hedlund, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Daniel C. Hedlund at email address: dhedlund@gustafsongluek.com.

WHEREFORE, Samuel J. Dubbin, moves this Court to enter an Order for Daniel C. Hedlund, to appear before this Court on behalf of Portland Hunt-Alpine Club, LLC and Prime Steakhouse for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Daniel C. Hedlund.

Date: May 7, 2020                           Respectfully submitted,


                                           /s/ Samuel J. Dubbin, P.A.

Samuel J. Dubbin, P.A
Florida Bar No. 328189
sdubbin@dubbinkravetz.com
Dubbin & Kravetz, LLP
1200 Anastasia Avenue
Suite 300
Coral Gables, Florida 33134
Telephone: (305) 357-9004

*Attorneys for Plaintiffs Portland Hunt-Alpine Club, LLC and Prime Steakhouse*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Wood Mountain Fish LLC
    Plaintiff,

v.                                                                                          Case No.: 1:19-cv-22128-RS

Mowi, ASA, et al.,
    Defendants.
_____/

**CERTIFICATION OF DANIEL C. HEDLUND**

    Daniel C. Hedlund, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the State Bar of Minnesota, the State of Minnesota Supreme Court, the U.S. District Courts for Minnesota and Eastern District of Michigan, and the Eight Circuit Court of Appeals; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

                                                                         /s/ Daniel C. Hedlund
                                                                           Daniel C. Hedlund

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Wood Mountain Fish LLC

    Plaintiff,

v.      Case No.: 1:19-cv-22128-RS

Mowi, ASA, et al.,

    Defendants.

                              /

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Daniel C. Hedlund, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Daniel C. Hedlund, may appear and participate in this action on behalf of Portland Hunt-Alpine Club, LLC and Prime Steakhouse. The Clerk shall provide electronic notification of all electronic filings to Daniel C. Hedlund, at dhedlund@gustafsongluek.com.

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

                                                                                            United States District Judge

Copies furnished to: All Counsel of Record