# EXHIBIT A

# COTCHETT, PITRE & McCARTHY, LLP

## ATTORNEYS AT LAW

SAN FRANCISCO BAY AREA │ LOS ANGELES │ NEW YORK

WWW.CPMLEGAL.COM

# ADVOCATES FOR JUSTICE



*"The attorneys ... displayed truly exceptional levels of skill and tenacity."*
*- Judge of the U.S. District Court*

# <u>OUR FIRM</u>

Cotchett, Pitre & McCarthy, LLP based on the San Francisco Peninsula for over 45 years, engages exclusively in litigation and trials. The firm's dedication to prosecuting or defending socially just actions has earned it a national reputation. With offices in Burlingame, Los Angeles and New York, the core of the firm is its people and their dedication to principles of law, their work ethic and commitment to justice.

Most clients are referred by other lawyers, who know of the firm's abilities and reputation in the legal community. We are trial lawyers dedicated to achieving justice.






*"The Cotchett firm has few peers that equal their ability in litigation.*
*Their commitment to the cause of justice and their ethical standards stand apart.*
*They are people who give back to the community and give lawyers a good name."*
— Judge of the Superior Court (Retired)

2

# **PRACTICE AREAS**

CPM represents Plaintiffs and Defendants in a wide range of areas, including:

- Antitrust & Global Competition

- Aviation / Helicopter Accidents

- Commercial Litigation

- Consumer Protection Litigation

- Defective Products / Mass Torts

- Elder Abuse

- Employment Law

- Environmental Litigation

- False Claims / Whistleblower Law

- First Amendment Defense

- Intellectual Property

- Municipal & Public Entity Litigation

- Personal Injury & Wrongful Death

- Pharmaceutical Litigation

- Securities / Financial Fraud

- Shareholder Rights / Corporate Governance

*"This court has had the distinct pleasure of having the parties in this case represented by some of the finest attorneys not only in this state but in the country." Cotchett, Pitre & McCarthy has "well reputed experience in [consumer fraud] litigation."*
*- Judge of the U.S. District Court*

3

# <u>LOCATIONS</u>

## SAN FRANCISCO BAY AREA

San Francisco Airport Office
840 Malcolm Road, Suite 200
Burlingame, CA 94010

T: 650.697.6000
F: 650.697.0577



## LOS ANGELES

2716 Ocean Park Blvd.
Suite 3088
Santa Monica, CA 90405

T: 310.392.2008
F: 310.392.0111

## NEW YORK

40 Worth Street
10th Floor
New York, NY 10013

T: 212.201.6820
F: 646.219-6678

4

# CASES INVOLVING CLASS COUNSEL

### *In re Auto Parts Antitrust Litigation*
### USDC, Eastern District of Michigan

CPM is co-lead counsel on behalf of consumers against suppliers of automotive parts, alleging that defendants engaged in a conspiracy that lasted over a decade to fix the prices of various automotive parts sold to automobile manufacturers, such as Toyota, Honda, and Nissan. The case involves one of the largest conspiracies in history.

CPM has heavily litigated and prevailed on many motions filed by Defendants. CPM manages discovery and document review which entails millions of pages of documents. CPM has also dedicated a significant amount of time and resources to depositions, interviews, proffers, negotiations, and mediations which has led to settlements with several Defendants.

*To date, CPM and its two co-lead counsel have secured settlements on behalf of the class in excess of $1.2 billion.*

### *In re Domestic Airline Travel Antitrust Litigation*
### USDC, District of Columbia

CPM and Adam J. Zapala have been appointed Co-Lead Counsel on behalf of Plaintiffs against Defendants American Airlines, Inc., Delta Airlines, Inc., Southwest Airlines Co., and United Airlines, Inc., who are alleged to have conspired to fix, raise, maintain, and/or stabilize prices for air passenger transportation services within the United States, its territories and the District of Columbia in violation of Sections 1 and 3 of the Sherman Antitrust Act (15 U.S.C. §§ 1, 3), by, inter alia, colluding to limit capacity on their respective airlines.

*To date, CPM and its co-counsel have secured settlements on behalf of the class of $60 million.*

### *In re Capacitors Antitrust Litigation*
### USDC, Northern District of California

CPM is Lead Counsel and represents indirect purchasers of capacitors against Defendants, the leading manufacturers of capacitors sold in the United States, for allegedly engaging in two massive and separate conspiracies to unlawfully inflate, fix, raise, maintain or artificially stabilize the prices of electrolytic and film capacitors, respectively.

CPM has extensively engaged in discovery, propounding and responding to numerous written discovery requests. CPM has also developed and implemented intricate document review procedures for purposes of defeating motions to dismiss and contesting summary judgment motions on limited time.

*To date, CPM has secured settlements with several Defendants on behalf of the class totaling over $80 million.*

5

### *In re Resistors Antitrust Litigation*
### <u>USDC, Northern District of California</u>

The Court appointed CPM as sole Lead Counsel on behalf of a class of indirect purchaser plaintiffs of resistors purchased from defendants who allegedly conspired to unlawfully inflate, fix, raise, maintain or artificially stabilize prices.

*CPM secured $33.4 million in settlements for the classes.*

### *In re Lithium Batteries Antitrust Litigation*
### <u>USDC, Northern District of California</u>

The Court appointed CPM as Co-Lead Counsel on behalf of indirect purchasers of lithium-ion rechargeable batteries who allege that defendants conspired to fix the price of those products. CPM has been extensively involved in the review of millions of pages of documents, the production of Plaintiffs' documents, propounding and responding to discovery, and depositions.

*CPM recovered $113,450,000 on behalf of the classes.*

### *In re Generic Pharmaceuticals Pricing Antitrust Litigation*
### <u>USDC, Eastern District of Pennsylvania</u>

CPM and Adam J. Zapala have been appointed as a steering committee member in a case brought by indirect purchasers of generic drugs to recoup overcharges that resulted from Defendants' alleged price-fixing conspiracy. On January 9, 2017, two executives of a manufacturer of generic doxycycline pled guilty in federal court in the Eastern District of Pennsylvania to criminal price-fixing, thereby confirming the existence of a conspiracy among manufacturers to fix prices.

### *In re Broiler Chicken Antitrust Litigation*
### <u>USDC, Northern District of Illinois</u>

CPM is Co-Lead Counsel and represents commercial and institutional indirect purchasers who allege Defendants implemented and executed a conspiracy to fix, raise, maintain, and stabilize the price of Broilers by coordinating their output and limiting production with the intent and expected result of increasing prices of Broilers in the United States. In furtherance of their conspiracy, Defendants exchanged detailed, competitively sensitive, and closelguarded non-public information about prices, capacity, sales volume, and demand, including through third party co-conspirator Agri Stats.

6

### *In re Transpacific Passenger Air Transportation Antitrust Litigation*
### <u>USDC, Northern District of California</u>

CPM is Co-Lead counsel for a proposed class of purchasers who allege that they paid fuel surcharges illegally charged by Defendants on long-haul passenger flights for transpacific routes. Throughout the course of this heavily litigated case, Plaintiffs filed a comprehensive consolidated amended complaint detailing Defendants' alleged violations. CPM defended and, on the whole, prevailed after extensive rounds of hard-fought motions to dismiss and for summary judgment, with arguments covering such complex regulatory areas as the filed-rate doctrine, the act of state doctrine, the state action doctrine, implied preclusion, federal preemption and the sufficiency of the conspiracy allegations under *Twombly* and *Iqbal*, amongst several other attacks on the pleadings. Class certification.

*CPM recovered $148,152,000 on behalf of the classes.*

### *In re Cathode Ray Tube (CRT) Antitrust Litigation*
### <u>USDC, Northern District of California</u>

CPM is an Executive Committee Member and represents a class of direct purchaser plaintiffs against manufacturers of cathode ray terminals ("CRT") who allege that the prices were artificially raised, maintained or stabilized at a supra-competitive level by Defendants and their co-conspirators.

### *In re Optical Disk Drive (ODD) Antitrust Litigation*
### <u>USDC, Northern District of California</u>

CPM is an Executive Committee Member in this multidistrict litigation alleging a conspiracy that manufacturers of optical disk drives ("ODD") fixed prices of ODDs sold directly to Plaintiffs in the United States.

*Plaintiffs reached $74,750,000 in settlements.*

### *In re Static Random Access Memory (SRAM) Antitrust Litigation*
### <u>USDC, Northern District of California</u>

The Court appointed CPM as sole Lead Counsel for direct purchaser plaintiffs of Static Random Access Memory ("SRAM") chips. Important legal rulings were reached on cutting edge issues such as standing of class representatives and the proper showing for class certification. (Settled, 2011).

*CPM successfully secured a $77 million settlement on behalf of plaintiffs.*

7

### *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*
### <u>USDC, Northern District of California</u>

CPM served as chair of the Discovery Committee in a multidistrict litigation arising from the alleged price-fixing of DRAM, a form of computer memory. Shortly before the scheduled trial, class counsel reached settlements with the last remaining defendants, bringing the total value of the *class settlements to over $325 million*.

### *In re Dynamic Random Access Memory (DRAM II) Direct Purchaser Antitrust Litigation*
### <u>USDC, Northern District of California</u>

The Court appointed CPM as Co-Lead Counsel on behalf of direct purchasers of Dynamic Random Access Memory who allege that defendants conspired, combined, and contracted to fix, raise, maintain, and stabilize the prices at which DRAM was sold in the United States.

### *In re Parking Heaters Antitrust Litigation*
### <u>USDC, Eastern District of New York</u>

CPM serves as Liaison Counsel for indirect purchaser plaintiffs who purchased air and coolant parking heaters aftermarket for commercial vehicles from Defendants.

### *Freight Forwarders Antitrust Litigation*
### <u>USDC, Eastern District of New York</u>

CPM is Co-Lead Counsel for purchasers of Freight Forwarding services in the United States and filed a complaint alleging that the major providers of Freight Forwarding conspired to fix the prices of such services in violation of U.S. federal antitrust law (15 U.S.C. § 1).

*CPM was instrumental in securing approximately $450 million in settlements with defendants for the benefit of the class.*

### *In re International Air Transportation Surcharge Antitrust Litigation*
### <u>USDC, Northern District of California</u>

CPM served as Co-Lead Counsel for a class of purchasers who alleged that they paid fuel surcharges illegally charged by Defendants on long-haul passenger flights for transatlantic routes. (Settled, 2009).

*Plaintiffs secured settlements on behalf of the class with Defendants Virgin Atlantic Airways, LTD and British Airways Plc worth approximately $204 million.*

8

### *Air Cargo Shipping Services Antitrust Litigation*
### USDC, Eastern District of New York

CPM, along with co-counsel, was the court-appointed lead counsel for a proposed class of U.S. indirect purchasers of international air freight services. The case alleged that the providers of international air freight services conspired to fix the prices of such services, including fuel surcharges. The case named almost forty international air freight carriers as Defendants. The claims of the United States indirect purchasers were brought under the antitrust laws and consumer protection laws of various U.S. states. The Court granted approval to a settlement with Defendants Deutsche Lufthansa AG, Lufthansa Cargo AG, and Swiss International Air Lines, Ltd. (Settled, 2009).

### *In re: Plasma Derivative Protein Therapies Antitrust Litigation*
### USDC, Northern District of California

CPM was lead counsel for indirect purchasers in this antitrust class action alleging price-fixing in the market for the life-saving blood products albumin and immunoglobulin.

### *Webkinz Litigation, Nuts for Candy v. Ganz Inc., et al.*
### USDC, Northern District of California

CPM was lead counsel representing a proposed class of persons or entities in the United States who ordered Webkinz from Ganz Inc. on the condition that they also order products from Ganz's "core line" of products. The complaint alleged that Ganz conditioned the purchase of its popular Webkinz plush line toy with a minimum $1,000 purchase of non-Webkinz "core" line products in violation of federal antitrust laws. On September 17, 2012, Hon. Richard Seeborg of the Northern District of California approved a class action settlement on behalf of a class of small business retailers against Ganz Inc. for alleged antitrust violations where customers were required to purchase unwanted products as a condition to purchasing Ganz's popular Webkinz Toy. (Settled, 2012).

### *Municipal Derivative Investment Antitrust Litigation*
### USDC, Southern District of New York

Along with co-counsel, CPM represents Los Angeles and numerous public entities who purchased Guaranteed Investment Contracts ("GICs") and other derivative investments. GICs and derivative investments are purchased from financial institutions, insurance companies, and others through a competitive bidding process overseen by brokers. They are purchased when public entities issue tax-exempt municipal bonds to raise funds to finance public works projects and have funds that are not immediately needed for the project. CPM's investigation has uncovered, and the complaints allege, that the competitive bidding process is a sham as securities sellers and brokers in the derivative investment market have engaged in a conspiracy to allocate the market and rig the bidding process in violation of antitrust law and common law.

### *Toyota Motor Sales USA, Inc.*
### *Livingston v. Toyota Motor Sales USA, Inc.*
### <u>USDC, Northern District of California</u>

CPM filed an antitrust class action under Sherman Act by purchasers of Toyota vehicles for secret rebates. (Settled, 1997).

### *Hip and Knee Implant Marketing Litigation*
### <u>USDC, Northern District of California</u>

CPM, with co-counsel, filed two complaints on behalf of a proposed classes of persons who underwent hip or knee implant surgery. The complaints allege that the major manufacturers of hip and knee implants have engaged in a pervasive kickback scheme, using phony consulting agreements with orthopedic surgeons, to improperly funnel money to doctors and hospitals in return for choosing the manufacturer's device during surgeries. This scheme artificially raised the costs of hip or knee implants paid for by members of the proposed class in violation of state antitrust and consumer protection laws.

### *In re Commercial Tissue Products Public Entity Indirect Purchaser Antitrust Litigation*
### *County of San Mateo v. Kimberly-Clark Corp.*
### <u>San Francisco County Superior Court</u>

CPM filed an antitrust class action on behalf of a class of public entity consumers of commercial sanitary paper products against alleged price-fixing conspiracy among producers. (Appointed co-lead counsel for public entity class, 1998).

### *Dry Creek Corporation v. El Paso Corporation*
### <u>San Diego County Superior Court</u>

CPM filed an antitrust action against El Paso for allegedly withholding natural gas from California in order to drive up prices, which was successfully resolved on behalf of the Plaintiff.

### *In re Hydrogen Peroxide Antitrust Litigation*
### <u>USDC, Eastern District of Pennsylvania</u>

CPM filed an antitrust class action for a conspiracy to fix prices of hydrogen peroxide manufactured and sold by Defendants who were engaged in an alleged price-fixing conspiracy.

### *Kopies, Inc., et al. v. Eastman Kodak Co.*
### <u>USDC, Northern District of California</u>

CPM was appointed Co-Lead counsel, and successfully prosecuted an antitrust class action on behalf of copier service firms against parts manufacturers for alleged illegal tying of products and services.

*CPM successfully reached a $45 million settlement with Kodak on behalf of plaintiffs.*

### *E&J Gallo Winery v. EnCana Energy Services, et al.*
### USDC, Eastern District of California

CPM successfully represented E. & J. Gallo Winery in an antitrust action against natural gas companies for allegedly manipulating energy prices, which led to the 2000-2001 California energy crisis, in which energy companies not only gouged the State of California and its residents of billions of dollars but caused rolling blackouts throughout California. E. & J. Gallo Winery is one of the largest natural gas users in the State of California and it suffered millions of dollars in losses. CPM's aggressive prosecution of this case resulted in the case settling on the eve of trial. CPM's efforts led to the landmark Ninth Circuit opinion on the filed rate doctrine. *E. & J. Gallo Winery v. EnCana Corporation*, 503 F.3d 1027 (9th Cir. 2007).

### *National Gas Anti-Trust Cases I, II, III, & IV*
### San Diego Superior Court

CPM represented eleven public entities and others for the alleged reporting of false information by non-core natural gas retailers to published price indices to manipulate the natural gas market during the California energy crisis.

*CPM successfully prosecuted this case, concluding in approximately $124 Million in settlements.*

### *Bathroom Fittings Cases*
### USDC, Northern District of California

CPM was a member of the Executive Committee in an antitrust class action alleging a conspiracy to fix prices of Bathroom Fittings manufactured by Defendants participating in an alleged price-fixing conspiracy.

### *Magazine Paper*
### San Francisco County Superior Court

CPM filed an antitrust class action alleging a price-fixing conspiracy against magazine paper products International Paper Co., MeadWestvaco Corporation, Norse Skog, Stora Enso, Sappi Limited, S.D. Warren Company and others.

### *Foundry Resins*
### USDC, Southern District of Ohio

CPM filed an antitrust class action alleging a conspiracy to fix prices of resins manufactured by Ashland Inc., Ashland Specialty Chemical Company, Borden Chemical Inc., Delta HA, Inc., HA International LLC.

11

### *In re Automotive Refinishing Paint Cases*
### <u>Alameda County Superior Court</u>

CPM was appointed Co-Liaison Counsel in an antitrust class action for conspiracy to fix the price of auto paint by manufacturers engaged in an alleged price-fixing conspiracy. The class was certified in 2004.

### *In re Methionine Antitrust Litigation*
### <u>USDC, Northern District of California</u>

CPM was appointed Co-Lead Counsel in this antitrust class action against several methionine manufacturers involved in an alleged conspiracy to fix the prices of and allocate the markets for methionine.

*This case settled for $107 million.*

### *In re Citric Acid Antitrust Litigation*
### <u>USDC, Northern District of California</u>

CPM served as Co-Lead Counsel in an antitrust class action against the five largest sellers of citric acid in the United States, who are alleged to have conspired to raise and fix the price of citric acid at artificially high levels. Co -Lead counsel successfully certified the class in October 1996. *Co-Lead Counsel also reached approximately $86.5 million in combined settlements with defendants* Archer Daniels Midland Co., Hoffmann-La Roche Inc., Jungbunzlauer, Inc., Haarmann & Reimer Corp., and Cerestar Bioproducts B.V.

### *In re Beer Antitrust Litigation*
### <u>USDC, Northern District of California</u>

CPM was appointed Co-Lead counsel in an antitrust class action on behalf of specialty beer brewers against Anheuser-Busch, Inc. for allegedly attempting to monopolize the U.S. beer industry by denying access to distribution channels.

### *In re Sodium Gluconate Antitrust Litigation*
### <u>USDC, Northern District of California</u>

CPM served as Lead Counsel in an antitrust class action against Defendants who allegedly price fixed sodium gluconate, and industrial cleaning agent.

*CPM successfully certified the class, and reached a settlement on behalf class plaintiffs in the amount of $4,801,600.*

12

# **OUR PEOPLE**
### **ANTITRUST ATTORNEYS AT CPM**

## **JOSEPH W. COTCHETT**



**ADMISSIONS**
- California
- New York
- District of Columbia
- United States Supreme Court
- California Court of Appeals
- 9th Circuit Court of Appeals
- 3rd Circuit Court of Appeals
- 5th Circuit Court of Appeals

**EDUCATION**
- Hastings College of Law at the University of California, J.D.

- California State Polytechnic University, B.S. in Engineering

As stated by the National Law Journal, Joseph W. Cotchett is considered by plaintiffs and defense attorneys alike to be one of the foremost trial lawyers in the country. He has been named one of the 100 most influential lawyers in the nation for the past 15 years.

As reported in the *San Francisco / Los Angeles Daily Journal*, he is "considered one of the best trial strategists in the state" who built a career out of representing the underdog against powerful interests. He is a fearless litigator and once tried two cases at the same time (one in the morning and one in the afternoon) and won them both in San Diego Superior Court in 1984. His clients range from corporate giants to groups like Consumers Union of United States, Inc. In 2003, the *San Francisco Chronicle* said "*[t]he Burlingame attorney has had a star career that's not only talked about in legal circles but has made headlines around the country. Known mostly as a plaintiffs' lawyer, many of his cases are filed on behalf of fraud victims, and have a widows-and-orphan flavor to them*." Cotchett consistently has been named one of the most influential lawyers in California, and has been named by the legal press as one of the top 10 trial attorneys in the state and has been listed in every edition of Best Lawyers in America since its inception.

During his 45-plus year legal career, he has tried more than 100 cases to verdict, and settled hundreds more, winning numerous jury verdicts, ranging from multi-million dollar

13

malicious prosecution jury verdicts to several defense verdicts in complex civil cases. He successfully negotiated a multi-million dollar settlement in a qui tam suit on behalf of the University of California and hundreds of millions of dollars in antitrust, securities and major fraud cases.

In the 1980s, Cotchett won mammoth judgments and settlements for investors in white-collar fraud cases, with jury verdicts of more than $200 million arising out of the collapse of the Technical Equities Corp. in San Jose. He is known nationally as the lead trial lawyer for 23,000 plaintiffs in the Lincoln Savings & Loan Association/American Continental Corp. downfall in 1990 involving Charles Keating and others. He won one of the then largest jury verdicts, $3.3 billion. He obtained nearly $300 million in settlements from lawyers, accountants and other professionals caught up in the scandal in a jury trial in Tucson, Arizona.

He has represented both the National Football League and teams since the early 1980s in various legal actions. As counsel for E. & J. Gallo Winery, he won a defense jury verdict in a celebrated trade dress infringement case involving a wine produced by Gallo and the firm regularly represents Gallo in numerous matters.

In recent years, Cotchett has taken on major corporate entities and Wall Street. He and the firm were involved in litigation resulting from nearly every major corporate scandal including Enron, Worldcom, Global Crossing, Homestore.com, Qwest, Montana Power Company, Lehman, Bank of America, Goldman Sachs, Lehman Brothers and numerous others on behalf of private investors and public pensions. The firm has represented the California Public Employees' Retirement System, California State Teachers' Retirement System, and the University Of California Board Of Regents, along with numerous political subdivisions of the state, such as counties, cities and districts.

In 2000, he served as trial counsel for Consumers Union, successfully defending the watchdog consumer group in a product disparagement and defamation suit. Isuzu Motors of Japan had sued Consumers Union for disparagement of the 1995-96 Trooper, claiming millions in damages. Following an eight-week trial, a jury ruled in favor of Consumers Union. Trial Lawyers for Public Justice honored Cotchett as "Trial Lawyer of the Year Finalist" in 2000 in honor of his "outstanding contribution to the public interest" through his work for Consumers Union. Also in 2000, Consumer Attorneys of California gave Cotchett its "Presidential Award of Merit"

In 2002, Cotchett successfully represented the Chief Justice of the California Supreme Court and the individual judges and members of the Judicial Council, in litigation brought against them by the New York Stock Exchange and the National Association of Securities Dealers. The two Wall Street forces had filed suit against the Judicial Council challenging the State of California for establishing guidelines for arbitrators who hear complaints from investors in the state.

Cotchett received his B.S. in Engineering from California State Polytechnic University, San Luis Obispo in June 1960, being named an Outstanding Graduate, and his J.D. from Hastings College of Law at the University of California in June 1964. In June 2002, Cotchett received an Honorary Doctor of Laws from Cal Poly and The California State University Board of Trustees. In May 2006, Cotchett received an Honorary Doctor of Letters from Notre Dame de Namur University. In May 2011, Cotchett received an Honorary Doctor of Letters from the University of San Francisco. In each case, he was the graduation speaker honored by the universities.

Following California Polytech, he served in the U.S. Army Intelligence Corps, followed by years as a Special Forces paratrooper and JAG Corps officer, in the active reserves, and retired in 1991 with the rank of Colonel. He is a member of many veteran and airborne associations having served on active duty 1960-1961. From 2001 to 2005, he served on the board of the Army War College Foundation in Carlisle, Pennsylvania. The Foundation supports the prestigious Army War College at Carlisle Barracks, the graduate school for the senior commanders of all branches of the service, including officers from foreign allies.

He has been an active member of national, state and local bar associations, including the California, New York and District of Columbia bars. He is a Fellow of the prestigious American College of Trial Lawyers and The International Society of Barristers and an Advocate in the American Board of Trial Advocates. He also is a Fellow and former board member of The International Academy of Trial Lawyers. A former Master of the American Inns of Court, he serves on various advisory boards for professional organizations.

He also has served on the Advisory Board of the Witkin Institute, the mission of which is to further B.E. Witkin's commitment to advancing the understanding of California law and improving the administration of justice.

He is the author of numerous articles and a contributing author to numerous magazines. His books include California Products Liability Actions, Matthew Bender; California Courtroom Evidence, LexisNexis; Federal Courtroom Evidence, LexisNexis; Persuasive Opening Statements and Closing Arguments, California Continuing Education of the Bar (1988); The Ethics Gap, Parker & Son Publications (1991); California Courtroom Evidence Foundations, Parker Publications (1993); and numerous law review articles. He is a prolific author of op-ed pieces and articles on public policy, environmental issues and public integrity. In 2002, he co-authored and published the book The Coast Time Forgot, a historic guide to the San Mateo County coast.

Cotchett serves on the Federal Judicial Advisory Committee that submits and reviews federal judicial nominations in California to President Obama. The committee was authorized by the Obama Administration and California's two Democratic senators, Dianne Feinstein and Barbara Boxer. Cotchett is Chair of the Boxer Committee for the Central District of California (Los Angeles) and advises statewide. Cotchett also serves on a Judicial Advisory Committee to Governor Jerry Brown on state judicial appointments.

15

Cotchett has lectured at numerous law schools including Harvard Law School, the University of Southern California, Georgetown Law Center, Stanford, Boalt, and his alma mater U.C. Hastings. His subjects include complex cases, evidence, trial practice and professional ethics. He also is a keynote public speaker and lecturer on contemporary subjects of law.

He has been honored by the State Bar of California by serving on the Board of Governors from 1972 to 1975. Cotchett served on the California Judicial Council from 1976 to 1980; the Board of Directors, Hastings College of Law, University of California for twelve years; California Commission on the Future of the Courts; the California Select Committee on Judicial Retirement, the California Blue Ribbon Commission on Children in Foster Care, the latter three appointed by the Chief Justice of California.

His civic work includes past memberships on the board of directors of the San Mateo County Heart Association; San Mateo Boys & Girls Club (Past President); Peninsula Association of Retarded Children and Adults; Bay Meadows Foundation; Disability Rights Advocates; and numerous Bay Area organizations. He formerly served as a member of the board of Public Citizen in Washington, D.C. and served on the board of Earth Justice.

In 1996, he was awarded the Anti-Defamation League's Distinguished Jurisprudence Award. The award was established to recognize individuals in the legal community who have exhibited humanitarian concerns, and whose everyday actions exemplify the principals on which the Anti-Defamation League was founded.

In 1999, Cotchett was inducted by the State Bar of California to the Litigation Trial Lawyers Hall of Fame. This award is given to professionals who have excelled as trial lawyers and whose careers exemplify the highest values and professional accomplishment.

In 2000, the University of California Hastings College of Law opened the Cotchett Center for Advocacy recognizing Cotchett as one of its outstanding graduates. Chief Justice Ronald M. George of the California Supreme Court and Associate Justice Anthony Kennedy of the U.S. Supreme Court honored Cotchett as speakers at the Founder's Day dedication of the center. In November of 2006, Notre Dame de Namur University in Belmont, California dedicated the Joseph W. Cotchett Business Lab for students.

In March of 2000, Cotchett was named to the California State Parks Commission by Governor Gray Davis. The commission establishes general policies for the guidance of the Parks Department in the administration, protection and development of the 260 state parks in the system. He served as Chairperson in 2002-2003.

In 2003, Cotchett was honored by Disability Rights Advocates for his nearly 40 years of civil rights work. At a San Francisco dinner in October attended by lawyers, judges and community leaders, this was how Cotchett was described:

*Joe Cotchett has been a champion for justice since his college days. As an engineering student in North Carolina, Joe challenged segregation by drinking from segregated water fountains and riding in the back of buses. Later, as a student at Cal Poly, in 1958 Joe successfully established the first integrated fraternity, which prompted the other fraternities on campus to follow suit.*
*Joe's legal career has involved representing the underdog and doing extensive pro bono work. His civil rights commitment has been leveraged over and over by his financial support of legal fellowships. He has given a 'kick-start' to the public interest careers of the new law graduates at Trial Lawyers for Public Justice, Public Citizen, Southern Poverty Law Center and Disability Rights Advocates. Through these fellowships, Joe has helped to ensure social change through law. Joe guided DRA as a board and litigation committee member from its infancy years into the defender of disability rights it has become today.*

In 2004, continuing a distinguished history of community and civic involvement, Cotchett endowed a $7 million fund to support science and mathematics teacher education at California State Polytechnic University to serve inner city and rural minority children. To honor Cotchett, the university renamed its landmark Clock Tower building the "Cotchett Education Building." The gift supports science and mathematics teacher education initiatives at Cal Poly through the University Center of Teacher Education and the College of Science and Mathematics.

In 2011, Cotchett was inducted into the prestigious American Trial Lawyer Hall of Fame for his work nationwide in civil rights, and litigation on behalf of the under-privileged in our society. In 2011, he received the Distinguished Service Award from the Judicial Council of California and was named the Antitrust Lawyer of the Year by the State Bar. In April of 2011, he was honored by the California League of Conservation Voters with the Environmental Leadership Award and honored by the Consumer Watchdog with the Lifetime Achievement Award.

Cotchett and his family members are active in numerous Bay Area charitable organizations involving animals, children, women and minorities. They established the Cotchett Family Foundation that aids individuals and groups in need of assistance.

# <u>ADAM J. ZAPALA</u>



<u>**ADMISSIONS**</u>
- California
- Michigan
- United States Supreme Court
- 9th Circuit Court of Appeals

<u>**EDUCATION**</u>
- University of California, Hastings College of the Law, J.D.

- Stanford University, B.A.

<u>**HONORS & AWARDS**</u>
- Northern California Super Lawyer (2017-2018)

- Northern California Super Lawyers, Rising Stars List (2014 – 2016)

Partner Adam J. Zapala focuses his practice on antitrust, employment, false claims act litigation, consumer protection and class actions. Mr. Zapala received a B.A. from Stanford University and his J.D. from University of California, Hastings College of the Law.

While at CPM, Mr. Zapala has served in leadership positions on the following major complex matters, among many others:

- *Precision Associates et al. v. Panalpina World Transport et. al.*, No. 08-CV-00042-JG-VVP (E.D. N.Y.) (recovering over $400 million on behalf of plaintiffs' class);

- *In re Automotive Parts Antitrust Litigation*, No. 12-md-02311 (E.D. Mich.) (to date, recovering over $600 million on behalf of indirect purchasers);

- *In re Transpacific Air Passenger Transportation Antitrust Litigation*, No. 07-CV-5634-CRB, MDL 1913 (N.D. Cal.) (ongoing case recovering over $40 million on behalf of plaintiffs' class);

- *In re Capacitors Antitrust Litigation*, Case No. 3:14-cv-03264 (N.D. Cal.) (ongoing case where indirect purchasers have recovered over $30 million to date);

- *In re Resistors Antirust Litigation*, No. 15-cv-03820-JD (N.D. Cal.) (ongoing case);

- *In re Vizio, Inc. Consumer Privacy Litigation*, No. 16-md-02693-JLS (C.D. Cal.) (cutting edge privacy litigation on behalf of plaintiffs' class).

While at Hastings, Mr. Zapala received awards for best moot court brief, the Pro Bono Publico award, most outstanding student in Group Advocacy and Systemic Reform, and Excellence for the Future Award in Pre-trial Practice.

Previously, Mr. Zapala worked at a prominent San Francisco firm, where he represented labor unions, Taft-Hartley Pension and Health & Welfare funds, employees and consumers in complex litigation, arbitration and NLRB proceedings. While at this firm, Mr. Zapala served as trial counsel in countless matters on behalf of labor unions and employee benefit funds. He has argued cases before the California First, Third, and Sixth District Court of Appeal. Mr. Zapala also previously served as a staff attorney with Bay Area Legal Aid, where he focused on representing indigent clients in a wide variety of civil litigation matters. While there, Mr. Zapala developed expertise in Medi-Cal, Medicare and other publicly-financed healthcare systems. While in law school, Mr. Zapala also worked for the public interest law firms of Public Advocates, Inc. and Public Justice, focusing on civil rights class action litigation.

Mr. Zapala also has legislative and policy experience, working on Capitol Hill as a policy aide for Senator Ron Wyden (D-Oregon) in Washington D.C. Mr. Zapala has deep ties to the Bay Area. He grew up in San Jose, California and attended Bellarmine College Preparatory. While at Stanford University, Mr. Zapala became a four-time Academic All-American, a four-time All-American, and Captain of the Stanford Men's Soccer Team. In 2001, he was drafted in the Major League Soccer ("MLS") Super Draft by the Dallas Burn (now FC Dallas).

19

# <u>ELIZABETH T. CASTILLO</u>



<u>**ADMISSIONS**</u>
- California
- Michigan
- 9th Circuit Court of Appeals
- 6th Circuit Court of Appeals

<u>**EDUCATION**</u>
- University of California Hastings College of the Law, J.D.

- Boston University, B.A., Economics and Political Science

<u>**HONORS & AWARDS**</u>
- American Antitrust Institute 2016 Outstanding Antitrust Litigation Achievement by a Young Lawyer Award

- Super Lawyers Northern California Rising Stars List (2015 - 2018)

Elizabeth (Tran) Castillo is a Partner on the Antitrust & Global Competition Team. Her practice focuses on complex litigation—specifically, antitrust class actions against international cartels. Ms. Castillo is the lead associate at CPM on *In re Automotive Parts Antitrust Litigation (Auto Parts)*, which has become the largest indirect purchaser class action in terms of settlement value in history. Ms. Castillo received the American Antitrust Institute's 2016 Outstanding Antitrust Litigation Achievement by a Young Lawyer Award for her work in Auto Parts.

Ms. Castillo earned her J.D. from the University of California, Hastings College of the Law (UC Hastings) in 2011. At UC Hastings, she was a Super Regional Semifinalist in the Jessup International Law Moot Court Competition. She also received Honorable Mentions for both Best Brief and Best Oral Argument in Moot Court. Additionally, she served as a Judicial Extern to the Honorable A. James Robertson II in the Superior County of California, County of San Francisco, and as a Teaching Assistant for both Legal Writing & Research and Moot Court. Throughout law school, Ms. Castillo mentored underserved high school students on preparing for college. Ms. Castillo received her B.A. in Economics and Political Science, with a concentration in Public Policy, from Boston University (BU) in 2008. At BU, she interned at an international law firm and business advocacy organization in London and Sydney, respectively, during her junior year. Ms. Castillo has national and state legislative experience. She interned for then-U.S. Representative Neil Abercrombie (D-Hawaii, 1991-2010; Governor of Hawaii, 2010-2014) in Washington, D.C. and State Representative Scott Nishimoto (D-Hawaii, 2003-present) in Honolulu.

# JOSEPH M. ALIOTO



**ADMISSIONS**
- U.S. Supreme Court
- Ninth Circuit Court of Appeals
- Eighth Circuit Court of Appeals
- Sixth Circuit Court of Appeals
- California Bar

**EDUCATION**
- University of California, Berkeley (Boalt Hall), JD (2001)

- University of California, Berkeley (Haas School of Business), MBA (2001)

- Georgetown University, Bachelor of Science (1994), cum laude

**HONORS & AWARDS**
- Attorney of the Year (Antitrust), California Lawyer (2010)

- Department of Justice Director's Award, Superior Performance by an Assistant U.S. Attorney (2018)

- Appellate Excellence (U.S. Attorney's Office, District of Arizona) (2013)

- Federal Bureau of Investigation, Prosecutorial Excellence (2015, 2016)

Joseph Alioto is a partner at Cotchett, Pitre & McCarthy where he focuses on antitrust, securities, False Claims Act, and contract cases. For almost ten years before he was a federal prosecutor, Joe litigated antitrust cases on behalf of private plaintiffs. In 2010, he briefed, argued and won a unanimous reversal before the Supreme Court of California in *Clayworth v. Pfizer*, 49 Cal.4th 758 (2010). Joe has argued and/or briefed antitrust appeals before the Sixth, Eighth, and Ninth Circuits. In 2011, California Lawyer magazine named him Attorney of the Year in antitrust law. Representing the interests of independent businesses and consumers, Joe has fought major pharmaceutical companies, foreign and domestic airlines, major freight railroads, and beverage giants like InBev and Anheuser Busch.

Before coming to CPM, Joe served as an Assistant U.S. Attorney for seven years, prosecuting complex racketeering conspiracies, murder, public corruption, fraud, firearms and drug cases. He has represented the United States in 8 federal jury trials, worked on over 250 cases, appeared in federal court 500+ times, and has examined hundreds of witnesses at trial, in grand jury, or in evidentiary hearings before

the Court. As a member of the Organized Crime Strike Force, Joe was the lead prosecutor in a 4-month jury trial against the top-ranking leadership of a nationwide prison gang in 2016, convicting them of racketeering conspiracy, murder, attempted murder, arson, and other crimes. The following year, Joe secured substantial prison sentences for 4 members of an Oakland street gang that shot and beat a police officer. As part of an ongoing Asian organized crime probe in 2018, Joe investigated, charged and convicted a corrupt police officer. (A Police Legend Falls: Oakland Chinatown Gang Expert Admits Taking Bribes, San Jose Mercury News (Oct. 11, 2018).) In 2018, the U.S. Department of Justice recognized Joe with one of its most prestigious honors, the Director's Award for Superior Performance by a Criminal AUSA.

Joe received his law degree in 2001 from U.C. Berkeley (Boalt Hall) while also earning his MBA from U.C Berkeley's Haas School of Business. He earned his bachelor's degree cum laude from Georgetown University in 1994.In addition to his other awards, Joe has been recognized by the Federal Bureau of Investigation for his "prosecutorial excellence" and by the Arizona U.S. Attorney's Office for his excellence in appellate advocacy. In 2010 and 2011, Super Lawyer named Joe a "Rising Star" (top 2.5% of Northern California antitrust lawyers under the age of 40).

# ALEXANDER E. BARNETT



**ADMISSIONS**
- New York
- District of Columbia
- Southern District Illinois
- 2nd Circuit Court of Appeals

**EDUCATION**
- St. John's University School of Law, J.D.

- University of Pennsylvania, B.A.

Alex Barnett specializes in class actions involving antitrust law violations, securities law violations, consumer fraud, negligent product design and manufacture, wage and overtime disputes, civil rights violations, and violation of environmental laws. He also handles mass tort litigation.

Mr. Barnett has represented individuals injured by pharmaceutical products such as Redux and Pondimin, Baycol, Serzone, and Vioxx. In addition, Mr. Barnett served as counsel for the cities of Boston, Los Angeles, Philadelphia and San Francisco against the handgun industry and as counsel for the City of Milwaukee in a case against the lead pigment industry.

Mr. Barnett has served as a lecturer on class actions, serving as a Panel speaker at the First Annual National Class Actions Symposium (Osgoode Hall Law School, Toronto, Canada) and the Third Annual Class Actions for Non-Class-Action Lawyers - Growing Your Business by Understanding the Basics and Recognizing Opportunities.

Prior to entering private practice, Mr. Barnett served as the Executive Director of the International Association of Jewish Lawyers and Jurists ("IAJLJ"), American Section, an organization dedicated to promoting human rights and the rule of law. Before his tenure at the IAJLJ, Mr. Barnett served as the Democratic Party nominee for the New York State Assembly in New York's 17th Assembly District.

# <u>TAMARAH P. PREVOST</u>



<u>**ADMISSIONS**</u>
- California

<u>**EDUCATION**</u>
- Santa Clara University School of Law, J.D.

- Simon Fraser University, B.A.

Tamarah Prevost is an Associate at Cotchett, Pitre & McCarthy, LLP, practicing in a wide range of civil litigation areas including antitrust, consumer protection, employment law, elder abuse, false claims act litigation, and other complex civil matters.

Ms. Prevost received her J.D. from Santa Clara University School of Law. While at Santa Clara, Ms. Prevost was involved in a variety of extracurricular activities. She was named the Best Oral Advocate in the Semi Final Round of Santa Clara Law's Honors Moot Court Competition, and was published in the Santa Clara Journal of International Law. She received the CALI Award for her "Leadership for Lawyers" class and maintained a heavy involvement in the Women and Law Association, which included her planning a fundraiser to benefit victims of domestic violence. Ms. Prevost also served as a Judicial Extern for the Honorable Justice Nathan Mihara of the Sixth District Court of Appeal, California.

Prior to law school, Ms. Prevost lived in Vancouver, British Columbia, and while there, obtained her Bachelor of Arts degree with First Class Honors from Simon Fraser University. She took a semester off during this time to live in Puerto Viejo, Costa Rica and volunteer at a non-profit organization committed to alleviating poverty for the indigenous population. While living in Vancouver, Ms. Prevost was also actively involved in the Rotary Club of New Westminster.

Ms. Prevost is also involved in community activities, where she is Board of Directors – Director of Governance: Digital Moose Lounge, a non-profit organization that serves as the first point of contact for Canadians new to the Bay Area.

# **James G.B. Dallal**



**ADMISSIONS**

- California

**EDUCATION**

- Law School: Hastings, J.D. cum laude, Class of 2010. University of Paris II Panthéon-Assas, LL.M. in European Law avec mention bien, Class of 2010.

- Undergrad: Rice University, B.A., Class of 2002.

James Dallal is a Senior Associate at the firm and has worked for firms serving as lead class counsel on major national and international antitrust class action lawsuits for nearly a decade.

He has extensive experience managing large cases and handling complex projects including organizing document review efforts; developing overall discovery strategy; coordinating expert discovery; preparing, defending, and taking depositions throughout the United States and internationally, including of Rule 30(b)(6) corporate designees, top-level executives, and expert economists; researching and drafting briefing on case-dispositive motions and class certification motions and briefs; drafting and negotiating settlement agreements; and developing a trial plan and preparing witnesses for presentation at trial. He played a major role as the primary associate for one of two lead class counsel firms in *In re High-Tech Employees Antitrust Litigation*, Case No. 11-cv-2509 (N.D. Cal.) and was the lead associate for sole lead class counsel in *In re Capacitors Antitrust Litigation*, Case No. 14-cv-3264 (N.D. Cal.). Both of these class actions were hard fought and lasted for several years, and each resulted in more than $400 million in settlements. He has been named to the Super Lawyer California Rising Stars List every year since 2017.

# <u>Reid W. Gaa</u>



**ADMISSIONS**

- California

**EDUCATION**

- University of California Hastings College of the Law, J.D.

- Santa Clara University, B.S.

Reid Gaa is an Associate at CPM and focuses on antitrust and business fraud.

He received his J.D. cum laude from the University of California, Hastings College of the Law. While attending Hastings, Mr. Gaa competed at the National Moot Court Competition, Chicago Bar Association Moot Court Competition, and Frank A. Schreck Gaming Law Moot Court Competition, advancing to the National Moot Court Competition's final round in New York and receiving an award as co-author of the best brief at the Chicago Bar Association Competition. He also served as a member of the UC Hastings Moot Court Student Board and as a teaching assistant for the Legal Writing and Research Department. Prior to law school Mr. Gaa graduated cum laude from Santa Clara University where he received his B.S. in Political Science and participated in the Political Science Honors Program.

Relevant to this action is his experience in: *In re Automotive Parts Antitrust* Litigation, Case No. 2:12-md-02311-MOB-MKM (MDL 2311) (E.D. Mich.); *Capacitors*, Case No. 3:14-cv-03264 (N.D. Cal.); and *In re Generic Pharmaceuticals Pricing Antitrust Litigation,* MDL No. 2724 (E.D. Pa.).