UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Wood Mountain Fish, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Mowi ASA (f/k/a Marine Harvest ASA), Marine Harvest USA, LLC, Marine Harvest Canada, Inc., Ducktrap River of Maine LLC, Grieg Seafood ASA, Grieg Seafood BC Ltd., Ocean Quality AS, Ocean Quality North America Inc., Ocean Quality USA Inc., Ocean Quality Premium Brands, Inc., SalMar ASA, Leroy Seafood Group ASA, Leroy Seafood USA Inc., and Scottish Sea Farms Ltd.,<br><br>Defendants. | Case No. 1:19-cv-22128-RS<br><br>**DECLARATION OF DANIEL C. HEDLUND IN SUPPORT OF THE COMMERCIAL AND INSTITUTIONAL INDIRECT PURCHASER PLAINITIFFS' MOTION TO MODIFY RULE 23(g) ORDER AND APPOINT COTCHETT, PITRE & MCCARTHY; CUNEO GILBERT & LADUCA, LLP; AND GUSTAFSON GLUEK PLLC INTERIM LEAD COUNSEL** |

I, Daniel C. Hedlund, declare:

1. I am an attorney licensed to practice in the State of Minnesota and have been admitted to practice in several courts, including in this Court *pro hac vice*. I am a member of Gustafson Gluek PLLC ("Gustafson Gluek"), a law firm headquartered in Minneapolis, Minnesota with an additional office in San Diego, California.

2. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. I make this declaration pursuant to 28 U.S.C. § 1746.

3. Gustafson Gluek has spent time investigating the nature of the conspiracy at issue and its effect on Commercial and Institutional Indirect Purchaser Plaintiffs

1

("Commercial Indirects"). Gustafson Gluek has taken other steps to advance its clients' interests in this case, including coordinating with counsel listed on the Prime Steakhouse and Portland Hunt-Alpine Club complaints, all of whom support the motion to appoint Cotchett, Pitre & McCarthy, LLP, Cuneo Gilbert & LaDuca, LLP, and Gustafson Gluek PLLC as Interim Lead Class Counsel.

4. Before filing a complaint in this litigation, my firm invested time and resources into this case, including investigating the alleged conspiracy and its effect on commercial indirect purchasers, investigating the farm-raised salmon supply chain, and coordinating strategy with co- counsel.

5. As part of my experience leading other litigation involving commercial indirect purchaser antitrust actions, I and others at my firm have identified and worked with economists who specialize in analyzing and quantifying the damages that commercial indirect purchasers sustain due to antitrust conspiracies.

6. I have worked with co-counsel to implement billing and expense guidelines for the law firms working on the Commercial Indirect cases in this litigation and have worked to coordinate the activities of those firms. I have carefully monitored work to avoid unnecessary duplication of effort, and a litigation fund has been established to pay the common costs incurred in advancing the plaintiffs' claims.

7. I expect to work cooperatively with counsel for any other commercial indirect cases.

### Gustafson Gluek and Daniel C. Hedlund's Qualifications

8. Gustafson Gluek PLLC is a Minneapolis-based law firm with a national practice, and an emphasis on antitrust, consumer protection, and class action litigation. Since

its founding in May 2003, Gustafson Gluek has worked with and opposed some of the nation's largest companies and law firms obtaining multi-million-dollar victories and critical injunctive relief for tens of thousands of class members. Gustafson Gluek practices before state and federal courts throughout the country. The firm's fourteen members have over two-hundred years of experience in cases of the type at issue here, and the firm and its members have served in leadership roles in numerous complex antitrust class actions over the years. A more fulsome list is included in the firm's resume attached as Exhibit A, but a few representative examples include:

- *In re Syngenta Litig.*, No: 27-CV-15-3785 (Minn. Dist. Ct.) (MN); (MDL 2591)) (Co-Lead counsel in state court action representing a class of Minnesota corn farmers against Syngenta, and one of four counsel selected to serve as settlement counsel on behalf of all state and federal classes suing Syngenta, resulting in a proposed settlement of $1.51 billion;

- *Precision Associates v. Panalpina World Transp. (Holding) Ltd.*, No. 08-CV-42 JG VVP (E.D.N.Y.) (Co-Lead counsel along with CPM in national antitrust class action recovering over $450 million for the class);

- *In re DRAM Antitrust Litig.*, MDL No. 1486 (N.D. Cal. and multiple state court actions) (Co-Lead counsel for indirect purchasers achieving $310 million in settlements).

- *In Re Medtronic, Inc. Implantable Defibrillators Products Liability Litig.*, MDL No. 1726 (D. Minn.) (Co-Lead counsel recovering nearly $100 million on behalf of plaintiffs); and

- *In Re: Medtronic, Inc., Sprint Fidelis Leads Products Liability Litig.*, MDL No.

3

1905 (D. Minn.) (as sole Lead counsel, negotiated $268 million settlement on behalf of over 14,000 individual plaintiffs);

9. For the last twenty years, I have litigated on behalf of plaintiff classes who have suffered damages due to anticompetitive and deceptive business practices. During that time, I have worked on numerous complex class actions seeking injunctive and monetary relief for small businesses and consumers.

10. In many of these cases I, along with my firm, have played a significant role including serving as lead counsel or on executive committees. *In re Broiler Chicken Antitrust Litig.*, 16-cv-8637 (N.D. Ill.) (Co-Lead counsel for a class of commercial indirect purchasers of poultry products); *In re Pork Antitrust Litigation*, 18-cv-01776 (D. Minn.) (Co-Lead counsel for a class of consumer indirect purchasers); *In re Interior Molded Doors Indirect Purchaser Antitrust Litig.*, 3:18-cv-00850 (E.D. Va.) (Co-Lead counsel); *Precision Associates v. Panalpina World Transp. (Holding) Ltd.*, 08-CV-42 (E.D.N.Y.) (Co-Lead Counsel in international antitrust case with 68 defendants recovering over $450 million for the class—as part of case traveled to Japan and numerous other foreign countries to conduct discovery of defendants); *In re Automotive Parts Antitrust Litigation*, 2:12-md-02311 (E.D. Mich) (firm worked closely with Lead Counsel CPM and Mr. Zapala); *In re: Dealer Management Systems Antitrust Litig.*, MDL No. 2817 (N.D. Ill.) (personally appointed to Plaintiffs' Steering Committee); *Bhatia v. 3M Co.*, 16-cv-1304 (D. Minn.) (personally appointed Co-Lead counsel in a putative class action alleging consumer fraud allegations related to the sales and marketing of dental crowns and resulting in a settlement of over $30 million); *In re: CenturyLink Residential Customer Billing Disputes Litig.*, MDL No. 17-2795 (D. Minn.) (Executive Committee Chair for a class of consumers); *Hall v. State of Minn.*, 62-cv- 15-2112 (Minn. Dist.

Ct.) (serving a major role in this class action brought on behalf of Minnesota citizens negatively impacted by the State's Unclaimed Property Act); *In re Disposable Contact Lens Antitrust Litig.*, MDL No. 2626 (M.D. Fla.) (Defendant discovery team leader); *Kleen Products vs. Int'l. Paper*, 10-cv-5711 (N.D. Ill.) (Defendant discovery team leader in a class action alleging price fixing of containerboard and producing settlements to date of over $300 million); *The Shane Group, Inc., et al., v. Blue Cross Blue Shield of Michigan*, 10-cv-14360 (E.D. Mich.) (playing a major role for Gustafson Gluek as Co-Lead counsel recovering $30 million on behalf of the plaintiff class); *In re Vitamin C Antitrust Litig.*, MDL No. 1738 (E.D.N.Y.) (indirect purchaser Co-Lead counsel); *In re Blue Cross Blue Shield Antitrust Litig.*, 13-cv-20000 (N.D. Ala.) (Damages Committee member); *In re DRAM Antitrust Litig.*, MDL No. 1486 (part of Gustafson Gluek team as Co-Lead counsel for indirect purchasers in N.D. Cal. and multiple state court actions recovering $310 million in settlements), *In re TFT-LCD (Flat Panel) Antitrust Litig.*, MDL No. 07-1827 (N.D. Cal.) (playing a major role for Gustafson Gluek representing indirect purchasers in recovering $1.2 billion for plaintiffs), *In re Capacitors Antitrust Litigation*, MDL No. 2801 (N.D. Cal.) (worked closely with Lead Counsel CPM and Mr. Zapala representing indirect purchasers in recovering $84.49 million in settlements); *In re Resistors Antitrust Litigation*, 3:15-cv-03820 (N.D. Cal.) (worked closely with Lead Counsel CPM and Mr. Zapala representing indirect purchasers in recovering $33.4 million in settlements).

11. Over the last twenty-plus years, I have worked on numerous complex antitrust class actions seeking injunctive and monetary relief for small businesses and consumers. I am an advisory board member of the American Antitrust Institute, a past president of the Committee to Support Antitrust Laws, and a past Chair of the Minnesota Bar Association's

Antitrust Council. I have been named a "Super Lawyer" by Minnesota Law & Politics from 2013-2019 and a top 100 lawyer in 2015 and 2017-2019. I have been an active member with the national and local levels of the Federal Bar Association having served in numerous officer and director capacities. In 2011, he received a Distinguished Pro Bono Service Award from the Minnesota District Court for his work with the *Pro Se* Project.

13. In addition to presenting at CLEs, I have testified multiple times before the Minnesota legislature on competition law, and before the Federal Rules Committee. I am a co-author of the "Plaintiff Overview" in Private Antitrust Litigation 2015 – Getting the Deal Through, and a contributor to Concurrent Antitrust Criminal and Civil Procedure 2013 – American Bar Association.

13. Gustafson Gluek prides itself on being a diverse group of problem solvers that can tackle any issue. Our team is comprised of 10 female and 10 male attorneys—all from a variety of cultures, backgrounds, and life experiences that bring new perspectives to our work to truly represent our clients. Not only is diversity within the firm important to Gustafson Gluek, but so too is being an advocate for the underrepresented. Gustafson Gluek was one of four firms, working in conjunction with then Chief U.S. District Judge Michael Davis, to found the *Pro Se* Project, a collaboration between the Minnesota District Court and the Minnesota Chapter of the Federal Bar Association, which pairs indigent federal litigants with attorneys in federal courts in Minnesota. For its work on the *Pro Se* Project, the firm was honored with the "Distinguished Pro Bono Service Award" for "rising to the Court's challenge of bringing the idea of the *Pro Se* Project to fruition and nurturing the Project into its current form."

14. Gustafson Gluek has the resources and breadth of litigation capabilities to prosecute the complex antitrust claims in this litigation against the defendants in this action.

The firm has twenty lawyers who devote all or a significant portion of their practices to antitrust matters.

15. I expect to work closely on this matter with my partner Michelle J. Looby who is an accomplished antitrust attorney and who also has worked on commercial indirect purchaser cases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 3, 2019 at Minneapolis, Minnesota.

*/s/ Daniel C. Hedlund*
Daniel C. Hedlund
