UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-22128-Smith/Louis

WOOD MOUNTAIN FISH LLC, on behalf of itself and all others similarly situated,

          Plaintiffs,

v.

MOWI ASA (fka MARINE HARVEST ASA), MARINE HARVEST USA, LLC, MARINE HARVEST CANADA, INC., DUCKTRAP RIVER OF MAINE LLC, GRIEG SEAFOOD ASA, GRIEG SEAFOOD BC LTD., OCEAN QUALITY AS, OCEAN QUALITY NORTH AMERICA INC., OCEAN QUALITY USA INC., OCEAN QUALITY PREMIUM BRANDS, INC., SALMAR ASA, LEROY SEAFOOD AS, and LEROY SEAFOOD USA INC.,

          Defendants.

**MOTION PURSUANT TO RULE 23(g) MODIFYING LEADERSHIP TO SUBSTITUTE ZWERLING, SCHACHTER & ZWERLING, LLP FOR WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP AS INTERIM CO-LEAD CLASS COUNSEL**

PLEASE TAKE NOTICE that upon the attached declaration of Counsel for Plaintiff Wood Mountain Fish LLLC, dated June 12, 2020, and upon the accompanying memorandum of points and authorities of support herein, Plaintiff, by Counsel, hereby move this Court, pursuant to Rule 23(g) on a date and at such a time may be designated by the Court for an Order granting Plaintiff's Motion for an Order Modifying Leadership to substitute Zwerling, Schachter, Zwerling LLP as Interim Co-Lead Class Counsel for Wolf Haldenstein Adler Freemen & Herz

LLP which is withdrawing from that position on consent, but which will remain as counsel for

Plaintiffs in the action.

Dated: June 12, 2020

**SHEPHERD, FINKLEMAN, MILLER & SHAH, LLP**

/s/Jayne A. Goldstein
Jayne A. Goldstein
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Tel:     954-515-0123
Fax:    866-300-7367
Email: jgoldstein@sfmslaw.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Heidi M. Silton (*pro hac vice*)
Kristen G. Marttila (*pro hac vice*)
Maureen Kane Berg (*pro hac vice*)
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Tel:     612-339-6900
Fax:    612-339-0981
Email: hmsilton@locklaw.com
          kgmarttila@locklaw.com
          mkberg@locklaw.com

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Thomas H. Burt (*pro hac vice*)
270 Madison Avenue
New York, NY 10016
Tel:     212-545-4600
Fax:    212-545-4653
Email: burt@whafh.com
          bosco@whafh.com

**ZWERLING, SCHACHTER & ZWERLING, LLP**
Fred Taylor Isquith (*pro hac vice*)
41 Madison Avenue, 32nd Floor
New York, NY 10010
Tel: (212) 223-3900
Email:  ftisquith@zsz.com

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (*pro hac vice*)
180 Grand Avenue
Oakland, CA 94612
Tel:    415-692-0772
Fax:    415-366-6110
Email: ecp@pritzkerlevine.com

**VITA LAW OFFICES P.C.**
Richard J. Vita
100 State Street, Suite 900
Boston, MA 02109
Tel:    617-426-6566
Email: rjv@vitalaw.com

*Counsel for Indirect Purchaser Class*