UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-22128-Smith/Louis

WOOD MOUNTAIN FISH LLC, on behalf of itself and all others similarly situated,

                 Plaintiffs,

v.

MOWI ASA (fka MARINE HARVEST ASA), MARINE HARVEST USA, LLC, MARINE HARVEST CANADA, INC., DUCKTRAP RIVER OF MAINE LLC, GRIEG SEAFOOD ASA, GRIEG SEAFOOD BC LTD., OCEAN QUALITY AS, OCEAN QUALITY NORTH AMERICA INC., OCEAN QUALITY USA INC., OCEAN QUALITY PREMIUM BRANDS, INC., SALMAR ASA, LEROY SEAFOOD AS, and LEROY SEAFOOD USA INC.,

                 Defendants.

**DECLARATION OF FRED T. ISQUITH
IN SUPPORT OF MOTION PURSUANT TO RULE 23(g) MODIFYING LEADERSHIP
TO SUBSTITUTE ZWERLING, SCHACHTER & ZWERLING, LLP FOR WOLF
HALDENSTEIN ADLER FREEMAN & HERZ LLP
AS INTERIM CO-LEAD CLASS COUNSEL**

I, Fred T. Isquith, hereby declare the following:

1. I am Of Counsel – National Litigation at the law firm of Zwerling, Schachter & Zwerling, LLP ("ZSZ"). I submit this declaration in support of Plaintiff Wood Mountain Fish LLC's Motion for an Order Modifying Leadership to Substitute Zwerling, Schachter & Zwerling, LLP for Wolf Haldenstein Alder Freeman & Herz LLP as Interim Co-Lead Class Counsel.

2. Until June 1, 2020, I was chair of the antitrust department at the Wolf Haldenstein firm and the principal lawyer for that firm in this lawsuit. My former firm has consented to this motion.

3. Since the inception of the litigation, I have had a crucial and key role in the investigation and prosecution of this matter. I have been involved in the initial investigation and continuing investigation regarding Plaintiff's claims, worked closely with the Direct Plaintiffs' Lead Counsel on a series of matters, including negotiations of tolling agreements, discovery issues regarding coordination with the European Union and United States Department of Justice, conducting an important interview in Oslo, and most recently, the substitution of a defendant party. I have been the principal attorney who communicates with defense counsel as to the development of protocols, the coordination of discovery with counsel in the direct purchasers' class action, confidentiality agreements and other matters.

4. Attached hereto as Exhibit A is a true and correct copy of the Firm Resume of Zwerling, Schachter & Zwerling, LLP.

Signed under penalty of perjury this 12th day of June 2020.

*/s/ Fred T. Isquith Sr.*
**ZWERLING, SCHACHTER & ZWERLING, LLP**
Fred Taylor Isquith (*pro hac vice*)
41 Madison Avenue, 32nd Floor
New York, NY 10010
Tel: (212) 223-3900
Email: ftisquith@zsz.com