UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-cv-22128-Smith/Louis

WOOD MOUNTAIN FISH LLC, on behalf of itself and all others similarly situated,

                Plaintiffs,

v.

MOWI ASA (fka MARINE HARVEST ASA), MARINE HARVEST USA, LLC, MARINE HARVEST CANADA, INC., DUCKTRAP RIVER OF MAINE LLC, GRIEG SEAFOOD ASA, GRIEG SEAFOOD BC LTD., OCEAN QUALITY AS, OCEAN QUALITY NORTH AMERICA INC., OCEAN QUALITY USA INC., OCEAN QUALITY PREMIUM BRANDS, INC., SALMAR ASA, LEROY SEAFOOD SA, and LEROY SEAFOOD USA INC.,

                Defendants.

**[PROPOSED] ORDER MODIFYING LEADERSHIP TO SUBSTITUTE ZWERLING, SCHACHTER & ZWERLING, LLP FOR WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP <u>AS INTERIM CO-LEAD CLASS COUNSEL</u>**

THIS CAUSE came before the Court on Movant, Wood Mountain Fish LLC's Motion pursuant to Rule 23(g) for an Order Substituting as Interim Co-Lead Class Counsel, Zwerling, Schachter & Zwerling, LLP for Wolf Haldenstein Adler Freeman & Herz LLP, which is withdrawing from that position on consent, for the Indirect Purchaser Class ("Motion").

The Court after having reviewed the Motion, it is hereby:

ORDERED that Zwerling, Schachter & Zwerling, LLP is substituted and appointed Interim Co-Lead Class Counsel for the Indirect Purchaser Class in place of, and instead of, of Wolf Haldenstein Adler Freeman & Herz, LLP.

IT IS SO ORDERED this ___ day of June 2020.

_____
Honorable Judge Rodney Smith
U.S. District Court Judge