# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| WOOD MOUNTAIN FISH LLC,<br><br>                  Plaintiff,<br><br>  v.<br><br>Mowi ASA (fka Marine Harvest ASA), Marine Harvest USA, LLC, Marine Harvest Canada, Inc., Ducktrap River of Maine LLC, Grieg Seafood ASA, Grieg Seafood BC Ltd., Ocean Quality AS, Ocean Quality North America Inc., Ocean Quality USA Inc., Ocean Quality Premium Brands, Inc., SalMar ASA, Leroy Seafood AS, and Leroy Seafood USA Inc.,<br><br>                  Defendants. | **CASE NO. 1:19-CV-22128-RS**<br><br>**DECLARATION OF HEIDI M. SILTON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO THE RENEWED MOTION TO MODIFY RULE 23(G) ORDER AND APPOINT CUNEO GILBERT & LADUCA, LLP; COTCHETT, PITRE & MCCARTHY; AND GUSTAFSON GLUEK PLLC INTERIM LEAD COUNSEL** |

550350.1

I, Heidi M. Silton, hereby declare as follows:

1. I am a partner of the law firm Lockridge Grindal Nauen P.L.L.P. ("LGN"). I am a member in good standing of the Bar of the State of Minnesota and have been admitted to appear *pro hac vice* before this Court [ECF 15]. I am counsel of record for Plaintiff Wood Mountain Fish LLC and I was appointed Interim Co-Lead Class Counsel in the above-captioned matter on February 24, 2020 [ECF 92].

2. I submit this Declaration in support of Plaintiff's Opposition To The Renewed Motion To Modify Rule 23(G) Order And Appoint Cuneo Gilbert & LaDuca, LLP; Cotchett, Pitre & McCarthy; And Gustafson Gluek PLLC Interim Lead Counsel. I have personal knowledge of the facts in this declaration and could competently testify to them if called as a witness.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Order Granting Unopposed Mot. For Co-Lead Counsel, *In re Pork Antitrust Litig.*, Case No. 18-1776-JRT-HB (D. Minn. Oct. 15, 2018).

4. Attached hereto as Exhibit 2 is a true and correct copy of the complaint in *Sandee's Bakery v. Agri Stats, Inc., et al.*, Case No. 18-cv-01891 (D. Minn. July 18, 2018).

5. Attached hereto as Exhibit 3 is a true and correct copy of the Order Appointing Interim Lead Counsel, *In re Packaged Seafood Products Antitrust Litig.*, Case No. 3:15-md-02670-JLS-MDD (S.D. Cal. Mar. 24, 2016).

6. Attached hereto as Exhibit 4 is a true and correct copy of the complaint in *Capitol Hill Supermarket v. Bumble Bee Foods LLC et al.*, Case No. 3:15-cv-1867-AJB-WVG (S.D. Cal. Aug. 24, 2015).

7. Attached hereto as Exhibit 5 is a true and correct copy of the complaint in *Dutch Village Restaurant v. Bumble Bee Foods LLC et al.*, Case No. 3:15-cv-2020-LAB-BLM (S.D. Cal. Sept. 11, 2015).

8. Attached hereto as Exhibit 6 is a true and correct copy of the complaint in *A-1 Diner v. Bumble Bee Foods LLC et al.*, Case No. 3:15-cv-2068-L-JLB (S.D. Cal. Sept. 17, 2015).

9. Attached hereto as Exhibit 7 is a true and correct copy of the complaint in *Thyme Café & Mkt., Inc. v. Bumble Bee Foods LLC et al.*, Case No. 3:15-cv-2411-GPC-DHB (S.D. Cal. Oct. 26, 2015).

10. Attached hereto as Exhibit 8 is a true and correct copy of the complaint in *Now Micro, Inc. v. Headway Techs., Inc.*, 3:19-cv-07049-MMC (N.D. Cal. Aug. 9, 2019).

11. Attached hereto as Exhibit 9 is a true and correct copy of the complaint in *Fargo Stopping Center LLC, et al. v. Koch Foods, Inc., et al.*, Case No. 16-cv-08851 (N.D. Ill. Sept. 12, 2016).

12. Attached hereto as Exhibit 10 is a true and correct copy of the Order, *In re Hard Drive Disk Suspension Assemblies Antitrust Litig.*, Case No. 19-md-02918-MCC (N.D. Cal. Dec. 23, 2019).

13. Attached hereto as Exhibit 11 is a true and correct copy of the Motion For Appointment of Gustafson Gluek PLLC & Cotchett, Pitre & McCarthy LLP As Interim Co-Class Counsel, *Maplevale Farms, Inc. v. Koch Foods, et al.*, Case No. 1:16-cv-08637 (D. Minn. Oct. 7, 2016).

14. Attached hereto as Exhibit 12 is a true and correct copy of the Order Appointing Interim Lead Class Counsel, *In re Capacitors Antitrust Litig.*, No. 14-cv-032640-JD (N.D. Cal. Oct. 31, 2014).

15. Attached hereto as Exhibit 13 is a true and correct copy of the Report and Recommendation, *In re Dynamic Random Access Memory (DRAM)*, MDL No. 1486 (N.D. Cal. Jan. 7, 2013).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 18, 2020, at Minneapolis, Minnesota.

*/s/* Heidi M. Silton