# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Wood Mountain Fish, LLC, on behalf of itself and all others similarly situated, | Case No. 1:19-cv-22128-RS |
| Plaintiff, | |
| v. | |
| Mowi ASA (f/k/a Marine Harvest ASA), Marine Harvest USA, LLC, Marine Harvest Canada, Inc., Ducktrap River of Maine LLC, Grieg Seafood ASA, Grieg Seafood BC Ltd., Ocean Quality AS, Ocean Quality North America Inc., Ocean Quality USA Inc., Ocean Quality Premium Brands, Inc., SalMar ASA, Leroy Seafood Group ASA, Leroy Seafood USA Inc., and Scottish Sea Farms Ltd., | **NOTIFICATION OF NINETY DAYS EXPIRING** |
| Defendants. | |

This Filing Relates to Consolidated Case:

*Prime Steakhouse v. MOWI ASA, et al*, 1:20-cv-21463-RS

This Filing Relates to Consolidated Case:

*Portland Hunt-Alpine Club v. MOWI ASA, et al*, 1:20-cv-21509-RS

Pursuant to Local Rule 7.1(b)(4)(A), Cuneo Gilbert & LaDuca, LLP, Cotchett, Pitre & McCarthy, LLP, and Gustafson Gluek PLLC (together, "Moving Firms") hereby submit this Notice of Ninety Days Expiring as to the Commercial and Institutional Indirect Purchaser Plaintiffs' Renewed Motion to Modify Rule 23(g) Order and Appoint Cuneo Gilbert & LaDuca, LLP, Cotchett, Pitre & McCarthy, LLP, and Gustafson Gluek PLLC Interim Lead Counsel and Memorandum of Law in Support. *See* ECF No. 127.

On May 21, 2020, the Moving Firms filed, and served on all parties of record, the Commercial and Institutional Indirect Purchaser Plaintiffs' Renewed Motion to Modify Rule 23(g) Order and Cuneo Gilbert & LaDuca, LLP, Cotchett, Pitre & McCarthy, LLP, and Gustafson Gluek PLLC Interim Lead Counsel and Memorandum of Law in Support (ECF No. 127). Pursuant to Local Rule 7.1(b), the Moving Firms requested oral argument on the issues raised therein.  Through that Motion, the Moving Firms seek to represent a segment of indirect purchasers of salmon, arguing that restaurants and other commercial food preparers of salmon require separate representation given the dynamics of the supply chain and multiple levels of indirect purchasers at issue in light of current counsel's overly broad class definition.  *See id.*

On June 2, 2020, current counsel for the proposed Indirect Purchaser Plaintiff Class filed an Agreed Motion for Enlargement of Time for Briefing Plaintiffs Portland Hunt-Alpine Club, LLC and Prime Steakhouses' Commercial and Institutional Indirect Purchaser Plaintiffs' Renewed Motion To Modify Rule 23(g) Order (ECF No. 132), which was granted by the Court that same day (ECF No. 132). On June 18, 2020, current counsel for the proposed Indirect Purchaser Plaintiff Class filed an Opposition to the Renewed Motion to Modify Rule 23(g) Order (ECF No. 138). On July 2, 2020, the Moving Firms filed the Commercial and Institutional Indirect Purchaser Plaintiffs' Reply in Support of the Motion (ECF No. 139).

As of September 30, 2020, ninety days have elapsed since the filing of the Commercial and Institutional Indirect Purchaser Plaintiffs' Reply in Support of Motion to Modify Rule 23(g) Order. Therefore, as required by Local Rule 7.1(b)(4), this Notice is submitted to inform the Court that a non-dispositive pretrial motion has been pending and fully briefed for ninety days, with no hearing set thereon, and is ripe for resolution. The Moving Firms respectfully request oral argument on the undecided motion.

DATED: October 6, 2020

Respectfully Submitted,

/s/ *Samuel J. Dubbin, P.A.*
Samuel J. Dubbin, P.A (Florida Bar No. 328189)
**Dubbin & Kravetz, LLP**
1200 Anastasia Avenue Suite 300
Coral Gables, Florida 33134
Telephone: (305) 357-9004
sdubbin@dubbinkravetz.com

/s/ *Adam J. Zapala*
Adam J. Zapala (*pro hac vice*)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

/s/ *Jonathan W. Cuneo*
Jonathan Cuneo (*pro hac vice*)
Blaine Finley (*pro hac vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave., NW
Suite 200
Washington, DC 20016
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
jonc@cuneolaw.com
bfinley@cuneolaw.com

/s/ *Daniel C. Hedlund*
Daniel C. Hedlund (*pro hac vice*)
Michelle J. Looby (*pro hac vice*)

**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza, Suite 2600
120 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 333-8844
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com

*Counsel for Plaintiffs Portland Hunt-Alpine*
*Club, LLC and Prime Steakhouse*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 6th day of October 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Samuel J. Dubbin, P.A.*
Samuel J. Dubbin, P.A (Florida Bar No. 328189)
**Dubbin & Kravetz, LLP**
1200 Anastasia Avenue Suite 300
Coral Gables, Florida 33134
Telephone: (305) 357-9004
sdubbin@dubbinkravetz.com