UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Wood Mountain Fish LLC, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>Mowi ASA (fka Marine Harvest ASA), Marine Harvest USA, LLC, Marine Harvest Canada, Inc., Ducktrap River of Maine LLC, Grieg Seafood ASA, Grieg Seafood BC Ltd., Ocean Quality AS, Ocean Quality North America Inc., Ocean Quality USA Inc., Ocean Quality Premium Brands, Inc., SalMar ASA, Leroy Seafood Group ASA, Leroy Seafood USA Inc., and Scottish Sea Farms Ltd.,<br><br>　　　　　　　　Defendants.<br><br>This Filing Relates to Consolidated Case:<br><br>ALL CASES | Case No. 1:19-cv-22128-RS<br><br>**NOTIFICATION OF NINETY DAYS EXPIRING** |

　　　　Pursuant to Local Rule 701(b)(4)(A), Shepherd, Finkelman, Miller & Shah, LLP, Zwerling, Schachter & Zwerling, LLP, Lockridge Grindal Nauen P.L.L.P., and Wolf Haldenstein Adler Freeman & Herz LLP; Pritizer Levine LLP; Vita Law Firm Office, PC (together "Original Florida Counsel") hereby submit this Notice of Ninety Days Expiring as to the unopposed motion to modify appointed leadership, by substituting Zwerling, Schachter & Zwerling LLP for Wolf, Haldenstein, Adler, Freeman & Herz, LLP as interim co-lead class counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure (the "Motion to Modify") and for the reasons given in the Motion to Modify.

　　　　The unopposed Motion to Modify was filed by the Original Florida Counsel on June 12, 2020 [Dkt. 137]. Although unopposed the Court has not acted on the Motion to Modify.

Since the Motion to Modify was filed, the moving counsel have continued to prosecute the indirect purchasers' antitrust lawsuit, pending before Judge Smith, filed in this district on May 24, 2019.  These activities have been taken, in accordance with this Court's June 21, 2019 order appointing interim class counsel [Dkt. No. 24] and Interim Class Counsel's commitment to the Court in their June 27, 2019 status report [Dkt. 27] to coordinate to the greatest extent feasible with the parallel action by direct purchasers pending before Judge Altonaga [Dkt. No. 27].  These activities have involved considerable work and expense to the benefit of the entire alleged class of indirect purchasers.  These counsel have:

1. Opposed, on June 18, 2020, the Motion of the Maine Plaintiffs, to carve up the alleged class, whose actions were ordered to be transferred to this District on March 25, 2020 and April 8, 2020, over the opposition of the Maine Plaintiffs after the Maine Plaintiffs' counsel failed to achieve appointment as indirect class counsel by the District of Maine.

2. Negotiated with defendants and submitted to this Court a Confidentiality Agreement and Proposed Protective Order for information to be provided in discovery in these consolidated actions, which the Court entered on July 14, 2020 [Dkt. 140].

3. Requested production of government documents from each of the defendants on May 11, 2020 and September 11, 2020.

4. Successfully negotiated production of documents with each of the defendants pursuant to those requests.

5. Received voluminous productions of government documents from defendants in response to Plaintiffs' request.

6. Created a document review team to review the produced documents, a project that is currently ongoing.

As of mid-September 2020, ninety days had elapsed since the filing of the Unopposed Motion to Modify. Accordingly, this Notice is filed with the Court pursuant to its local rule.

Dated:  October 13, 2020.

        **SHEPHERD, FINKLEMAN, MILLER & SHAH, LLP**

        */s/Jayne A. Goldstein*
        Jayne A. Goldstein
        1625 North Commerce Parkway, Suite 320 Fort Lauderdale, FL 33326
        Tel:     954-515-0123
        Fax:    866-300-7367
        Email: jgoldstein@sfmslaw.com


        **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
        Heidi M. Silton (*pro hac vice*)
        Kristen G. Marttila (*pro hac vice*)
        Maureen Kane Berg (*pro hac vice*)
        100 Washington Avenue S, Suite 2200
        Minneapolis, MN 55401
        Tel: 612-339-6900
        Fax: 612-339-0981
        Email: hmsilton@locklaw.com
        kgmarttila@locklaw.com
        mkberg@locklaw.com


        **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
        Thomas H. Burt (*pro hac vice*)
        270 Madison Avenue
        New York, NY 10016
        Tel: 212-545-4600
        Fax: 212-545-4653
        Email: burt@whafh.com
        bosco@whafh.com

**ZWERLING, SCHACHTER & ZWERLING, LLP**
Fred Taylor Isquith (*pro hac vice*)
41 Madison Avenue, 32nd Floor
New York, NY 10010
Tel: (212) 223-3900
Email: ftisquith@zsz.com

**PRITZKER LEVINE LLP**
Elizabeth C. Pritzker (*pro hac vice*)
180 Grand Avenue
Oakland, CA 94612
Tel: 415-692-0772
Fax: 415-366-6110
Email: ecp@pritzkerlevine.com

**VITA LAW OFFICES P.C.**
Richard J. Vita
100 State Street, Suite 900
Boston, MA 02109
Tel: 617-426-6566
Email: rjv@vitalaw.com

*Counsel for Indirect Purchaser Class*