UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22128-CIV-SMITH

WOOD MOUNTAIN FISH, LLC, on behalf
of itself and all others similarly situated,

 Plaintiff,

v.

MOWI ASA, *et al.,*

 Defendants.
_____/

**ORDER DENYING MOTION TO
MODIFY RULE 23(g) ORDER AND APPOINT INTERIM LEAD COUNSEL**

This matter is before the Court on Commercial and Institutional Indirect Purchaser Plaintiffs' Renewed Motion to Modify Rule 23(g) Order and Appoint Cuneo Gilbert & Laduca, LLP; Cotchett, Pitre & McCarthy; and Gustafson Gluek PLLC Interim Lead Counsel (the "Motion") [DE 127], Plaintiff Wood Mountain Fish, LLC's Response in Opposition [DE 138], and Commercial and Institutional Indirect Plaintiffs' Reply [DE 139]. Defendants did not file a response to the Motion. For the reasons that follow, the Motion is **DENIED**.

In the Motion, Cuneo Gilbert & LaDuca, LLP; Cotchett, Pitre & McCarthy, LLP, and Gustafson Gluek PLLC (collectively, "Moving Counsel") request that the Court modify its orders appointing interim class counsel [DE 24, 92] and appoint the Moving Counsel as the interim lead class counsel for a proposed subset of the proposed putative class consisting of commercial and institutional indirect purchasers. Moving Counsel claim that some members within the defined class have interests adverse to other members, which could impact class certification. Therefore,

Moving Counsel seek to separate those members from the currently defined class and subsequently serve as the interim lead counsel for their proposed subclass.

Federal Rule of Civil Procedure 26(g)(3) is a permissive rule which provides the Court with discretion to "designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." Fed. R. Civ. P. 23 (g)(3).  The purpose of an interim counsel is to protect the interest of the class during precertification activities, such as making and responding to motions, conducting any necessary discovery, moving for class certification, and negotiating a settlement.  Manual for Complex Litigation, Fourth, § 21.11.

The Court appointed Wolf Haldenstein Adler Freeman & Herz LLP and Lockridge Grindal Nauen PLLP (collectively, "Interim Counsel") as co-interim counsel.  Before appointing Interim Counsel, the Court thoroughly reviewed their submissions and evaluated their suitability as interim counsel pursuant to Federal Rule of Civil Procedure 23(g).  The Court's opinion regarding Interim Counsel's suitability to serve as interim counsel remains unchanged.

The Court is not convinced that additional interim counsel are appropriate or necessary at this time.  The concerns raised by Moving Counsel are more appropriately addressed during class certification and the subsequent appointment of class counsel.  Moreover, the Court highlights that Plaintiff has yet to file an amended complaint.  On July 26, 2019, the parties filed a Joint Motion [DE 74], in which Plaintiff notified the Court that it intended to file an amended complaint.  The parties requested what amounts to a stay, pending a ruling by Judge Altonaga in a related civil action.[1]  The Court issued an Oder [DE 75] granting the parties' Joint Motion and ordered that Plaintiff file its amended complaint within thirty days of a ruling on any 12(b) motion.  To date, Plaintiff has not filed an amended complaint.  Therefore, the Court is unwilling to issue an order

---

[1] *In re Farm-Raised Salmon and Salmon Products Litigation,* Case No. 19-21551-CV (S.D. Fla. 2019).

effectively creating an undefined subclass of members and modifying the interim leadership structure when Plaintiff has clearly expressed to the Court its intention to file an amended complaint. The Court expects that, when drafting its amended complaint, Plaintiff's counsel will collaborate with Moving Counsel and address these concerns raised. Accordingly, it is

**ORDERED** that the Commercial and Institutional Indirect Purchaser Plaintiffs' Renewed Motion to Modify Rule 23(g) Order and Appoint Cuneo Gilbert & Laduca, LLP; Cotchett, Pitre & McCarthy; and Gustafson Gluek PLLC Interim Lead Counsel [DE 127] is **DENIED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 22nd day of February, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   Counsel of record