UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22128-CIV-SMITH

WOOD MOUNTAIN FISH LLC, *et al.*,

    Plaintiffs,

v.

MOWI ASA, *et al.*,

    Defendants.

_____/

**ORDER GRANTING IN PART PLAINTIFFS' UNOPPOSED
MOTION FOR LEAE TO FILE SECOND AMENDED COMPLAINT UNDER
SEAL AND SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

This matter is before the Court on Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint Under Seal and Set Briefing Schedule for Defendants' Motion to Dismiss [DE 203] (the "Motion"). In their Motion, Plaintiffs request (1) leave for Plaintiffs' to file their proposed Second Amended Complaint; (2) permission to file the Second Amended Complaint under seal; and (3) a briefing schedule for Defendants' anticipated joint motion to dismiss. With respect to Plaintiffs' request for briefing schedule, Plaintiffs propose that Defendants be allotted sixty days to file a response to the Second Amended Complaint. Plaintiffs further propose that, in the event Defendants file a motion to dismiss, Plaintiffs be allotted sixty days to file any response in opposition, followed by an addition thirty days for Defendants to file a reply. Upon review, it is

**ORDERED** that Plaintiffs' Unopposed Motion for Leave to File Second Amended Complaint Under Seal and Set Briefing Schedule for Defendants' Motion to Dismiss [DE 203] is **GRANTED IN PART**.

1. Plaintiffs shall file their Second Amended Complaint no later than **July 30, 2021**.

2. Plaintiffs may file their Second Amended Complaint under seal, with a redacted version filed publicly, in accordance with all applicable local and federal rules.

3. Defendants shall file a response to the Second Amended Complaint no later than **September 10, 2021.** If Defendants response to the Second Amended Complaint includes a motion to dismiss, Plaintiffs shall file any response in opposition to such a motion to dismiss no later than **October 22, 2021.** Thereafter, Defendants shall have until **November 12, 2021** to file any reply in support of their motion. Absent good cause, no further extensions shall be granted.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 22nd day of July, 2021.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   Counsel of record