**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 19-22128-CIV-SMITH/Louis

**WOOD MOUNTAIN FISH, LLC,**

    Plaintiff,

v.

**MOWI ASA, et al.,**

    Defendants.
_____/

**<u>DEFENDANT SALMAR ASA'S UNOPPOSED MOTION TO WITHDRAW ATTORNEY</u>**

In accordance with Local Rules 7.1(a)(1)(F) and 11.1(d)(3), Defendant SalMar ASA ("SalMar"), hereby moves the Court for an entry of an order withdrawing the following attorney of record for SalMar:

**Carolyn Hart**
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
(202) 538-8249
carolynhart@quinnemanuel.com

As of September 17, 2021, Carolyn Hart will no longer be with the firm Quinn Emanuel Urquhart & Sullivan, LLP.  Attorney Adam L. Schwartz of Homer Bonner Jacobs Ortiz, P.A., and Stephen Neuwirth, Christopher Tayback, Sami Rashid, William Sears, and Maxwell Paden Deabler-Meadows (all admitted *pro hac vice*) of Quinn Emanuel Urquhart and Sullivan, LLP, will remain counsel for SalMar in this matter as listed below:

1

**Adam L. Schwartz**
Florida Bar No. 103163
Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
(305) 350-5116

**Stephen Neuwirth** (admitted *pro hac vice*)
**Sami Rashid** (admitted *pro hac vice*)
**Maxwell Paden Deabler-Meadows** (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000

**Christopher Tayback** (admitted *pro hac vice*)
**William Sears** (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
85 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000

Pursuant to Local Rule 7.1(a)(3), SalMar's counsel certifies that on September 17, 2021, they conferred with counsel for Plaintiffs regarding this motion, and Plaintiffs do not oppose the relief requested.

WHEREFORE, SalMar respectfully requests that the Court remove Carolyn Hart as counsel from this matter and all ECF filing notifications.

Respectfully submitted:

*s/*Adam L. Schwartz
Adam L. Schwartz
Florida Bar No. 103163
aschwartz@homerbonner.com
HOMER BONNER JACOBS ORTIZ, P.A.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Phone: (305) 350-5116

-and-

Stephen Neuwirth*
stephenneuwirth@quinnemanuel.com
Sami Rashid*
samirashid@quinnemanuel.com
Christopher Tayback*
christayback@quinnemanuel.com
William Sears*
willsears@quinnemanuel.com
Maxwell Paden Deabler-Meadows*
maxmeadows@quinnemanuel.com
QUINN EMANUEUL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Phone: (212) 849-7000
85 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Phone: (213) 443-3000
*Counsel for SalMar ASA*

*Admitted *pro hac vice*