**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| Wood Mountain Fish LLC; Portland Hunt-Alpine Club, LLC; Prime Steakhouse; Mamme Inc.; Rocca Kurt's Brothers Inc.; Stephen T. Deangelis, Inc.; Amy Mehaffey; Nautical Okoboji LLC; People's Food Cooperative, Inc.; Classic City Catering, Inc.; and Bama Seafood, Inc., individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>Mowi ASA (f/k/a Marine Harvest ASA); Mowi USA, LLC; Mowi Canada West, Inc.; Mowi Ducktrap LLC; Grieg Seafood ASA; Grieg Seafood BC Ltd.; Sjór AS (f/k/a Ocean Quality AS); Grieg Seafood Sales North America, Inc. (f/k/a Ocean Quality North America, Inc.); Grieg Seafood Sales USA, Inc. (f/k/a Ocean Quality USA Inc.); Grieg Seafood Sales Premium Brands, Inc. (f/k/a Ocean Quality Premium Brands, Inc.); SalMar ASA; Lerøy Seafood AS; Lerøy Seafood USA Inc.; Cermaq Group AS; Cermaq US LLC; Cermaq Canada Ltd.; and Cermaq Norway AS,<br><br>     Defendants. | Civil No. 19-22128-CIV-SMITH/LOUIS |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS INDIRECT PURCHASER CLASS ACTION COMPLAINTS IN ALL CASES PURSUANT TO FED. R. CIV. P. 12(b)(1) AND (6)**

562667.1

I. **INTRODUCTION**

The parties have met and conferred, and Defendants do not oppose the relief sought by this Motion to file Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss IPPs Complaints in all Cases ("Opposition") under seal[1], to be accompanied by a public, redacted version.

II. **PROCEDURAL BACKGROUND**

Plaintiffs filed their Second Amended Complaint on July 31, 2021 (both under seal and in public, redacted form) (ECF No. 217), as ordered by the Court (ECF No. 216). Pursuant to the Court's Order, Plaintiffs' Opposition is due on October 22, 2021.

III. **FILING UNDER SEAL**

Plaintiffs previously filed an unopposed motion to file their Second Amended Complaint under seal, accompanied by a public, redacted version, because Defendants contend the Second Amended Complaint contains proprietary and confidential information based on documents Defendants produced to Plaintiffs that they had previously produced to the European Commission and United States Department of Justice. *See* ECF No. 175. The Court found good cause and granted Plaintiffs' unopposed motion to file their Second Amended Complaint under seal, accompanied by a public, redacted version. *See* ECF No. 216.

To the extent Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss the Second Amended Complaint references the material filed under seal in the Second Amended Complaint, it is the same proprietary and confidential information that the Court previously ordered to be filed under seal. Accordingly, good cause is present for Plaintiffs to file their proposed Opposition under

---

[1] Because Plaintiffs seek leave to file their Opposition under seal only if, and to the extent, it refers to the sealed portions of the Second Amended Complaint, Plaintiffs are not submitting a copy of the proposed Opposition with this Motion, as ordinarily required by Local Rule 15.1.

seal to the extent it refers to the sealed material in the Second Amended Complaint, to be accompanied by a public, redacted version.

### CERTIFICATION OF PRE-FILING CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for Plaintiffs have conferred with counsel for Defendants in a good faith effort to resolve the issues, and Defendants do not object to the relief sought in this Motion.

Dated: October 6, 2021

/s/ *Jayne A. Goldstein*
Jayne A. Goldstein (FL Bar No. 144088)
**MILLER SHAH LLP**
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (954) 515-0123
Facsimile: (866) 300-7367
jagoldstein@millershah.com

*Liaison Counsel for Indirect Purchaser Class*

Heidi M. Silton (*pro hac vice*)
Kristen G. Marttila (*pro hac vice*)
Maureen Kane Berg (*pro hac vice*)
Joseph C. Bourne (*pro hac vice* pending)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
hmsilton@locklaw.com
kgmarttila@locklaw.com
mkberg@locklaw.com
jcbourne@locklaw.com

Fred Taylor Isquith, Sr. (*pro hac vice*)
**ZWERLING, SCHACHTER
 & ZWERLING LLP**
41 Madison Avenue, 32nd Floor
New York, NY 10010
Telephone: (212) 223-3900
ftisquith@zsz.com

*Interim Co-Lead Class Counsel for the Indirect Purchaser Class*