## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Wood Mountain Fish, LLC, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>Mowi ASA, et al.,<br><br>    Defendants. | **Case No. 19-22128-RS** |

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of W. Daniel "Dee" Miles, III of the law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., 218 Commerce Street, Montgomery, AL 36104, Telephone: 334-269-2343, Dee.Miles@BeasleyAllen.com, for purposes of appearance as co-counsel on behalf of Bama Seafood Restaurants, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit W. Daniel "Dee" Miles, III receive electronic filings in this case, and in support thereof states as follows:

   1.   W. Daniel "Dee" Miles, III is not admitted to practice in the Southern District of Florida and is a member in good standing of the Alabama State bar and the U.S. District Court for the Middle District of Alabama.

2. Movant, Jayne A. Goldstein, Esquire, of the law firm of Miller Shah LLP, 1625 North Commerce Parkway, Suite 320, Fort Lauderdale, Florida 33326, and phone number 954-515-0123, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, W. Daniel "Dee" Miles, III made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. W. Daniel "Dee" Miles, III, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to W. Daniel "Dee" Miles, III at email address: Dee.Miles@BeasleyAllen.com.

WHEREFORE, Jayne A. Goldstein, moves this Court to enter an Order for W. Daniel "Dee" Miles, III, to appear before this Court on behalf of Bama Seafood Restaurants, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to W. Daniel "Dee" Miles, III.

Dated: January 6, 2022

Respectfully submitted,

/s/ Jayne A. Goldstein
Jayne A. Goldstein [Fla. Bar No.144088]
jagoldstein@millershah.com
Miller Shah LLP
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326 954-515-0123

Attorneys for Wood Mountain Fish LLC

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 6, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court by using CM/ECF, which will send electronic notice of such filing to all counsel of record.

/s/ Jayne A. Goldstein
Jayne A. Goldstein [Fla. Bar No.144088]
jagoldstein@millershah.com
Miller Shah LLP
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326 954-515-0123

Attorneys for Wood Mountain Fish LLC