# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Wood Mountain Fish, LLC, et al.<br><br>　　Plaintiffs,<br><br>v.<br><br>Mowi ASA, et al.,<br><br>　　Defendants. | **Case No. 19-22128-RS** |

## CERTIFICATION OF W. DANIEL "DEE" MILES, III

　　W. Daniel "Dee" Miles, III, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Alabama State bar the U.S. District Court for the Middle District of Alabama; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

　　　　　　　　　　　　　　　　　　　　*/s/ W. Daniel "Dee" Miles, III*
　　　　　　　　　　　　　　　　　　　　W. Daniel "Dee" Miles, III