**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| Wood Mountain Fish, LLC, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>Mowi ASA, et al.,<br><br>    Defendants. | **Case No. 19-22128-RS** |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for W. Daniel "Dee" Miles, III, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the Motion), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. W. Daniel "Dee" Miles, III, may appear and participate in this action on behalf of Bama Seafood Restaurants, Inc. The Clerk shall provide electronic notification of all electronic filings to W. Daniel "Dee" Miles, III, at Dee.Miles@BeasleyAllen.com.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____.

_____
Rodney Smith
United States District Judge

Copies furnished to: All Counsel of Record