# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Wood Mountain Fish, LLC, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>Mowi ASA, et al.,<br><br>    Defendants. | **Case No. 19-22128-RS** |

## CERTIFICATION OF PAUL W. EVANS

Paul W. Evans, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Alabama State bar and the U.S. District Court for the Middle District of Alabama; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                             */s/ Paul W. Evans*
                                             Paul W. Evans