**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| Bagels & Baguettes; Portland Hunt-Alpine Club, LLC; Prime Steakhouse; Mamme Inc.; Rocca Kurt's Brothers Inc.; and Stephen T. Deangelis, Inc., individually and on behalf of all others similarly situated, | Civil No. 19-22128-CIV-SMITH/LOUIS |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | |
| Mowi ASA (f/k/a Marine Harvest ASA); Mowi USA, LLC; Mowi Canada West, Inc.; Mowi Ducktrap LLC; Grieg Seafood ASA; Grieg Seafood BC Ltd.; Ocean Quality AS; Ocean Quality North America, Inc.; Ocean Quality USA Inc.; Ocean Quality Premium Brands, Inc.; SalMar ASA; Lerøy Seafood AS; Lerøy Seafood USA Inc.; Cermaq Group AS; Cermaq US LLC; Cermaq Canada Ltd.; and Cermaq Norway AS, | |
| Defendants. | |

The parties submit this Joint Status Report in response to the Court's order for a status report entered on September 9, 2022.  *See* ECF No. 326.

Plaintiffs and Defendants jointly state that the Order Approving Final Class Settlement and Certifying Settlement Class in the case captioned *In re: Farm-Raised Salmon and Salmon Products Antitrust* Litigation, Case No. 19-CV-21551-CMA (ECF 543) will have no substantive effect on the instant litigation.

Dated: September 14, 2022

/s/ Nathan C. Zipperian
Jayne A. Goldstein (FBN 144088)
Nathan C. Zipperian (FBN 61525)
**MILLER SHAH LLP**
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
(954) 515-0123
jagoldstein@millershah.com
nczipperian@millershah.com

*Liaison Counsel for Indirect Purchaser Class*

Heidi M. Silton (*pro hac vice*)
Kristen G. Marttila (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
Derek C. Waller (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
(612) 339-6900
hmsilton@locklaw.com
kgmarttila@locklaw.com
jcbourne@locklaw.com
dcwaller@locklaw.com

Fred Taylor Isquith, Sr. (*pro hac vice*)
Jeffrey C. Zwerling
Fred Isquith, Jr. (*pro hac vice*)
**ZWERLING, SCHACHTER**
 **& ZWERLING LLP**
41 Madison Avenue, 32nd Floor
New York, NY 10010
(212) 223-3900
ftisquith@zsz.com
jzwerling@zsz.com
fisquith@zsz.com

*Interim Co-Lead Class Counsel for the Indirect Purchaser Class*

/s/ *Adam L. Schwartz*
Adam L. Schwartz (FBN 0103163)
**HOMER BONNER JACOBS ORTIZ, P.A.**
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
(305) 350-5100
aschwartz@homerbonner.com

-and-

**QUINN EMANUEL URQUHART
  & SULLIVAN, LLP**
Stephen Neuwirth *(pro hac vice)*
Sami Rashid *(pro hac vice)*
Maxwell Meadows *(pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
samirashid@quinnemanuel.com
maxmeadows@quinnemanuel.com

Christopher Tayback *(pro hac vice)*
Will Sears *(pro hac vice)*
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
christayback@quinnemanuel.com
willsears@quinnemanuel.com

*Counsel for Defendant SalMar ASA*

/s/ *Lawrence D. Silverman*
Lawrence D. Silverman (FBN 7160)
**SIDLEY AUSTIN LLP**
801 Brickell Avenue, Suite 800
Miami, FL 33131
(214) 981-3300
lawrence.silverman@akerman.com

**SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP**
Karen Hoffman Lent *(pro hac vice)*
Matthew M. Martino *(pro hac vice)*
Matthew Lisagar
One Manhattan West
New York, NY 10001
(212) 735-3000
karen.lent@skadden.com
matthew.martino@skadden.com
matthew.lisagar@skadden.com

*Counsel for Defendants Mowi ASA (f/k/a
Marine Harvest ASA), Mowi USA, LLC
(f/k/a Marine Harvest USA, LLC), Mowi
Canada West, Inc. (f/k/a Marine Harvest
Canada, Inc.), and Mowi Ducktrap, LLC
(an assumed name of Ducktrap River of
Maine, LLC)*

/s/ *Brian W. Toth*
**TOTH FUNES PA**
Brian W. Toth (FBN 57708)
Ingraham Building
25 Southeast Second Avenue Suite 805
Miami, FL 33131
(305) 717-7850
btoth@tothfunes.com

Eric J. Mahr *(pro hac vice)*
Richard Snyder *(pro hac vice)*
Sara Salem *(pro hac vice)*
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4500
eric.mahr@freshfields.com
richard.snyder@freshfields.com
sara.salem@freshfields.com

*Counsel for Defendants Grieg Seafood ASA, Grieg Seafood BC Ltd., Grieg Seafood Sales North America Inc. (f/k/a Ocean Quality North America Inc.), Grieg Seafood Sales USA, Inc. (f/k/a Ocean Quality USA Inc.), and Grieg Seafood Premium Brands, Inc. (f/k/a Ocean Quality Premium Brands, Inc.)*

/s/ *D. Bruce Hoffman*
D. Bruce Hoffman (FBN 958026)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
David I. Gelfand *(pro hac vice)*
Matthew Bachrack *(pro hac vice)*
Garrett Shinn
Hani Bashour
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
(202) 974-1500
bhoffman@cgsh.com
dglefand@cgsh.com
mbachrack@cgsh.com
gshinn@cgsh.com
hbashour@cgsh.com

John C. Seipp (FBN 289264)
Christine L. Welstead (FBN 970956)
**BOWMAND AND BROOKE, LLP**
Two Alhambra Plaza, Suite 800
Miami, FL 33134
(305) 995-5600
john.seipp@bowmanandbrooke.com
christine.welstead@bowmanandbrooke.com

*Counsel for Defendants Lerøy Seafood AS and Lerøy Seafood USA Inc.*

/s/ *Britt M. Miller*
Britt M. Miller *(pro hac vice)*
Robert E. Entwisle *(pro hac vice)*
Daniel T. Fenske
Luiz Miranda (FBN 1003069)
**MAYER BROWN LLP**
71 S. Wacker Dr.
Chicago, IL 60606
(312) 782-0600
bmiller@mayerbrown.com
rentwisle@mayerbrown.com
dfenske@mayerbrown.com
lmiranda@mayerbrown.com

William Stallings *(pro hac vice)*
**MAYER BROWN LLP**
1999 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000
wstallings@mayerbrown.com

*Counsel for Defendants Cermaq Group AS,*
*Cermaq Norway AS, Cermaq Canada Ltd.,*
*and Cermaq US LLC*

/s/ *Laurie Mathews*
Laurie Mathews (FBN 696862)
**LEÓN COSGROVE, LLP**
255 Alhambra Circle, 8th Floor
Miami, FL 33134
(305) 740-1975
lmathews@leoncosgrove.com

Stephen P. Safranski *(pro hac vice)*
Ryan W. Marth *(pro hac vice)*
Eric P. Barstad *(pro hac vice)*
**ROBINS KAPLAN LLP**
800 LaSalle Ave, Suite 2800
Minneapolis, MN 55402
(612) 349-8500
ssafranski@robinskaplan.com
rmarth@robinskaplan.com
ebarstad@robinskaplan.com

*Counsel for Defendant Sjór AS*
*sued as Ocean Quality AS*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2022, the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/Nathan C. Zipperian