UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CV-22128-RS

WOOD MOUNTAIN FISH LLC, *et al.*,

    Plaintiffs,

v.

MOWI ASA (f/k/a MARINE HARVEST ASA), *et al.*,

    Defendants.

_____/

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

This matter is before the Court on the parties' Joint Motion to Stay Proceedings [DE 332]. On September 21, 2022, the parties filed a Joint Motion to Stay Proceedings in which they collectively request that "the Court stay all proceedings, including any scheduled hearings, in this action." The Eleventh Circuit has advised that a district court has broad discretion in deciding how best to manage the cases before it and to set and enforce scheduling deadlines. *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001). Accordingly, and upon due consideration, it is hereby,

**ORDERED** that:

1. The parties' Joint Motion to Stay Proceedings [DE 332] is **GRANTED**.
2. This case is **STAYED**.
3. This case is administratively **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 22nd day of September, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE