UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WOOD MOUNTAIN FISH LLC, *et al.*

        Plaintiffs,

v.

MOWI ASA, *et al.*,

        Defendants.

Case No. 19-22128-CIV-SMITH/LOUIS

## NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715(b)

Pursuant to this Court's Order Granting Preliminary Approval of the Parties' Settlement (ECF No. 341), Defendants in the above-captioned action submit this Notice of Compliance with 28 U.S.C. § 1715(b). On October 14, 2022, Defendants notified the relevant state and federal officials of the proposed settlement and provided those officials with the information required by 28 U.S.C. § 1715(b).

Dated:  November 22, 2022

**BOWMAN AND BROOKE, LLP**

*/s/ Christine L. Welstead*
John C. Seipp, FBN 289264
Christine L. Welstead, FBN 970956
Two Alhambra Plaza, Suite 800
Miami, Florida 33134
(305) 995-5600
john.seipp@bowmanandbrooke.com
christine.welstead@bowmanandbrooke.com

**CLEARY GOTTLIEB STEEN
& HAMILTON LLP**
D. Bruce Hoffman
David I. Gelfand
Matthew Bachrack
Garrett Shinn
Hani Bashour
2112 Pennsylvania Avenue NW
Washington, D.C. 20037
(202) 974-1500
bhoffman@cgsh.com
dgelfand@cgsh.com
mbachrack@cgsh.com
gshinn@cgsh.com
hbashour@cgsh.com

*Counsel for Defendants Lerøy Seafood AS and Lerøy Seafood USA Inc*.

<table>
<tr><td>Dated: November 22, 2022</td><td>**MAYER BROWN LLP**<br><br>*/s/ Britt Miller (with consent)*<br>Britt M. Miller<br>Robert E. Entwisle<br>Daniel T. Fenske<br>Luiz Miranda<br>71 South Wacker Dr.<br>Chicago, IL 60606<br>(312) 782-0600<br>bmiller@mayerbrown.com<br>rentwisle@mayerbrown.com<br>dfenske@mayerbrown.com<br>lmiranda@mayerbrown.com<br><br>William Stallings<br>1999 K Street, N.W.<br>Washington, D.C. 20006-1101<br>(202) 263-3000<br>wstallings@mayerbrown.com<br><br>*Counsel for Cermaq US, LLC, Cermaq Group AS, Cermaq Canada Ltd., and Cermaq Norway AS*</td></tr>
</table>

Dated:  November 22, 2022

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**

*/s/ Eric Mahr (with consent)*
Eric Mahr
Richard Snyder
Sara Salem
700 13th Street NW, 10th Floor
Washington, D.C. 20005
(202) 777-4500
eric.mahr@freshfields.com
richard.snyder@freshfields.com
sara.salem@freshfields.com

**TOTH FUNES PA**

Brian W. Toth
Ingraham Building
25 Southeast Second Avenue
Suite 805
Miami, Florida 33131
(305) 717-7852
btoth@tothfunes.com

*Counsel for Defendants Grieg Seafood ASA, Grieg Seafood BC Ltd., Grieg Seafood North America Inc. (f/k/a Ocean Quality North America, Inc.), Grieg Seafood USA Inc. (f/k/a Ocean Quality USA Inc.), and Grieg Seafood Premium Brands, Inc. (f/k/a Ocean Quality Premium Brands, Inc.)*

| | |
|---|---|
| Dated:  November 22, 2022 | **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP** |
| | */s/ Matthew Martino (with consent)* |
| | Matthew M. Martino |
| | Karen Hoffman Lent |
| | Matthew Lisagar |
| | Danielle S. Menitove |
| | One Manhattan West |
| | New York, NY 10001 |
| | (212) 735-3000 |
| | matthew.martino@skadden.com |
| | karen.lent@skadden.com |
| | matthew.lisagar@skadden.com |
| | danielle.menitove@skadden.com |
| | **SIDLEY AUSTIN LLP** |
| | Lawrence D. Silverman |
| | 801 Brickell Avenue, Suite 800 |
| | Miami, Florida 33131 |
| | (214) 981-3300 |
| | lawrence.silverman@sidley.com |
| | *Counsel for Defendants Mowi ASA (f/k/a Marine Harvest ASA), Mowi USA, LLC (f/k/a Marine Harvest USA, LLC), Mowi Canada West, Inc. (f/k/a Marine Harvest Canada, Inc.), and Mowi Ducktrap, LLC (an assumed name of Ducktrap River of Maine, LLC)* |

Dated: November 22, 2022

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

*/s/ Stephen Neuwirth (with consent)*
Stephen Neuwirth
Sami Rashid
Maxwell Meadows
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849-7000
stephenneuwirth@quinnemanuel.com
samirashid@quinnemanuel.com
maxmeadows@quinnemanuel.com

Christopher Tayback
Will Sears
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
christayback@quinnemanuel.com
willsears@quinnemanuel.com

**HOMER BONNER JACOBS ORTIZ, P.A.**

Adam L. Schwartz
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
(305) 350-5100
aschwartz@homerbonner.com

*Counsel for Defendant SalMar ASA*

Dated:  November 22, 2022

**ROBINS KAPLAN LLP**

*/s/ Stephen Safranski (with consent)*
Stephen P. Safranski
Ryan W. Marth
Eric P. Barstad
800 LaSalle Ave, Suite 2800
Minneapolis, MN 55402
(612) 349-8500
ssafranski@robinskaplan.com
rmarth@robinskaplan.com
ebarstad@robinskaplan.com

**LEÓN COSGROVE, LLP**

Laurie Mathews
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
(305) 740-1975
lmathews@leoncosgrove.com

*Counsel for Defendant Sjór AS (f/k/a Ocean Quality AS)*