UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22128-CIV-SMITH/LOUIS

WOOD MOUNTAIN FISH LLC, et al.,

　　Plaintiffs,

v.

MOWI, ASA, et al.,

　　Defendants.

_____/

**DEFENDANTS GRIEG SEAFOOD ASA, GRIEG SEAFOOD BC LTD., GRIEG SEAFOOD SALES NORTH AMERICA, INC. (F/K/A OCEAN QUALITY NORTH AMERICA, INC.), GRIEG SEAFOOD SALES USA, INC. (F/K/A OCEAN QUALITY USA INC.); GRIEG SEAFOOD SALES PREMIUM BRANDS, INC. (F/K/A OCEAN QUALITY PREMIUM BRANDS, INC.); UNOPPOSED MOTION FOR RICHARD SNYDER
<u>TO WITHDRAW AS ATTORNEY</u>**

In accordance with Local Rules 7.1(a)(1)(F) and 11.1(d)(3), Grieg Seafood ASA, Grieg Seafood BC Ltd., Grieg Seafood Sales North America, Inc. (f/k/a Ocean Quality North America, Inc.), Grieg Seafood Sales USA, Inc. (f/k/a Ocean Quality USA Inc.); Grieg Seafood Sales Premium Brands, Inc. (f/k/a Ocean Quality Premium Brands, Inc.); ("Defendants") respectfully move for the entry of an order withdrawing the following attorney as counsel of record for the Defendants:

RICHARD SNYDER
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Tel: (202) 777-4565
richard.snyder@freshfields.com

As of January 14, 2023, Richard Snyder will no longer be with the firm FRESHFIELDS BRUCKHAUS DERINGER US LLP. Attorney Brian W. Toth of TOTH FUNES PA, and

Attorneys Sara Salem, Eric J. Mahr (admitted *pro hac vice*), Meredith Mommers (admitted *pro hac vice*), and Daphne Lin (admitted *pro hac vice*) of FRESHFIELDS BRUCKHAUS DERINGER US LLP will remain lead counsel on this matter as listed below:

Brian W. Toth
Florida Bar No. 57708
TOTH FUNES PA
25 Southeast Second Avenue, Suite 805
Miami, FL 33131
Tel: (305) 717-7852

Sara Salem
Florida Bar No. 1011429
Eric J. Mahr (admitted *pro hac vice*)
Meredith Mommers (admitted *pro hac vice*)
Daphne Lin (admitted *pro hac vice*)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
700 13th Street, NW, 10th Floor
Washington, DC 20005
Tel: (202) 777-4500

Attorney Brian W. Toth is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Attorney Brian W. Toth will continue all the duties required of local counsel as set forth in Rule 4(b)(3) and consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

WHEREFORE, Defendants respectfully requests that the Court enter an order permitting Mr. Snyder to withdraw as counsel of record for Defendants and direct the Clerk to remove Mr.

Snyder from receiving all CM/ECF notifications. A proposed order is attached hereto as Exhibit A.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), undersigned counsel conferred with counsel for the Plaintiffs in a good faith effort to resolve the issue raised in this Motion and can report that there is no objection to the relief requested herein.

Dated: January 13, 2023

Respectfully Submitted:

By: /s/ Brian W. Toth
Brian W. Toth
Florida Bar No. 57708
**TOTH FUNES PA**
25 Southeast Second Avenue, Suite 805
Miami, FL 33131
Tel: (305) 717-7852
btoth@tothfunes.com

Sara Salem (admitted *pro hac vice*)
Florida Bar No. 1011429
Eric J. Mahr (admitted *pro hac vice*)
Meredith Mommers (admitted *pro hac vice*)
Daphne Lin (admitted *pro hac vice*)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
700 13th Street, NW, 10th Floor
Washington, DC 20005
Tel: (202) 777-4500
sara.salem@freshfields.com
eric.mahr@freshfields.com
meredith.mommers@freshfields.com
daphne.lin@freshfields.com

*Counsel for Defendants Grieg Seafood ASA, Grieg Seafood BC Ltd., Grieg Seafood Sales North America, Inc. (f/k/a Ocean Quality North America, Inc.), Grieg Seafood Sales USA, Inc. (f/k/a Ocean Quality USA Inc.); Grieg Seafood Sales Premium Brands, Inc. (f/k/a Ocean Quality Premium Brands, Inc.).*