# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| Wood Mountain Fish LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Mowi ASA (f/k/a Marine Harvest ASA), *et al.*,<br><br>Defendants. | Civil No. 19-22128-CIV-SMITH/LOUIS |

## FINAL JUDGMENT AND ORDER OF DISMISSAL

Pursuant to this Court's February 27, 2023 Order Granting Final Approval of Settlement and Certification of Settlement Class [DE 352] and Federal Rule of Civil Procedure 54, Final Judgment in this matter is entered and this matter is fully and finally dismissed effective as of February 27, 2023.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of March, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record.