UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| Wood Mountain Fish LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Mowi ASA (f/k/a Marine Harvest ASA), *et al.*, <br><br> Defendants. | Civil No. 19-22128-CIV-SMITH/LOUIS |

**[PROPOSED] ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS' UNOPPOSED MOTION FOR DISTRIBUTION OF SETTLEMENT FUNDS**

This matter is before the Court on Indirect Purchaser Plaintiffs' Unopposed Motion for Distribution of Settlement Funds [ECF No. 361] ("Motion for Distribution"). The Court has considered the record in this matter and the requirements of law, including the Motion for Distribution and the accompanying declaration; the Settlement Agreement, ECF No. 336-2; and the Court's order granting final approval (the "Final Approval Order"), ECF No. 352.

Based on the files, records, and proceedings in the above-captioned matter, the Motion for Distribution is **GRANTED** and it is **ORDERED** as follows:

1. Plaintiffs' proposed distribution of settlement proceeds is approved.

2. The three late claims, which are in all respects otherwise valid, are approved.

3. A minimum payment of $5.00 shall be set for all valid claims where the *pro rata* distribution amount would be less than $5.00.

4. Any outstanding costs of settlement administration may be paid from the settlement funds, consistent with the Court's Final Approval Order.

5. Any residual funds remaining upon distribution of the settlement proceeds shall be paid to the charitable beneficiary, as identified and approved in the Court's Final Approval Order.

_____, 2024

_____
Hon. Rodney Smith
United States District Judge