**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-22128-CIV-SMITH**

WOOD MOUNTAIN FISH LLC, *et al.*,

      Plaintiffs,

v.

MOWI ASA (f/k/a Marine Harvest ASA)
*et al.*,

      Defendants.

_____/

**ORDER GRANTING INDIRECT PURCHASER PLAINTIFFS'**
**AMENDED UNOPPOSED MOTION FOR DISTRIBUTION OF SETTLEMENT FUNDS**

      This matter is before the Court on Indirect Purchaser Plaintiffs' Amended Unopposed Motion for Distribution of Settlement Funds [DE 362 ] ("Motion for Distribution"). The Court has considered the record in this matter and the requirements of law, including the Motion for Distribution and the accompanying declaration; the Settlement Agreement, DE No. 336-2; and the Court's order granting final approval (the "Final Approval Order"), DE No. 352. Based on the files, records, and proceedings in the above-captioned matter, the Motion for Distribution is **GRANTED** and it is **ORDERED** as follows:

      1. Plaintiffs' proposed distribution of settlement proceeds is approved.

      2. The three late claims, which are in all respects otherwise valid, are approved.

      3. A minimum payment of $5.00 shall be set for all valid claims where the pro rata distribution amount would be less than $5.00.

      4. Any outstanding costs of settlement administration may be paid from the settlement funds, consistent with the Court's Final Approval Order.

      5. Any residual funds remaining upon distribution of the settlement proceeds shall be

paid to the charitable beneficiary, as identified and approved in the Court's Final Approval Order.

6. The previously filed motion for distribution **[DE 361]** is **DENIED** as moot.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 24th day of June, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record